```
                                              FILED
                                         IN CLERK'S OFFICE
                                       U.S. DISTRICT COURT E.D.N.Y

                                       ★   AUG 18 2008   ★

                                           BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Vadim Mikhlyn, Inga Mikhlyn, and
ABC All Consulting, Inc.

                            Plaintiffs

                            -against-

Ana Bove, Polina Dolginov
Anna Bove Company, LLC,
Anna Bove Collections, Inc.
and Anna Bove Embroidery Supplies, Inc.

                            Defendants.

-----------------------------------------X

**08 CV 3367 ( )**

**RULE 7.1 STATEMENT**

SIFTON J
REYES, M.J

Pursuant to Rule 7.1 [Formerly Local General Rule 9] of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the ABC ALL CONSULTING, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are not publicly held:

                            NONE

Dated: August 18, 2008

                                        */s/ Daniel Akselrod*
                                       DANIEL AKSELROD (DA-2569)