UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Vadim Mikhlyn, Inga Mikhlyn, and
ABC All Consulting, Inc.,

　　　　　　　　　　　　Plaintiffs,

　　　　　-against-　　　　　　　　　　　： 08 CV. 03367(CPS)

Ana Bove, Polina Dolginov
Anna Bove Company, LLC, Anna
Bove Collections, Inc.
and Anna Bove Embroidery Supplies, Inc.,

　　　　　　　　　　　　Defendants.
------------------------------------------X

## AFFIDAVIT OF SERVICE

　　ELINA VAL-DEMINO, having been duly sworn, deposes and says:

　　I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

　　On August 26, 2008, I caused the Defendant Polina Dolginov to be served with the Summons and Complaint in the instant matter pursuant to Article 10(a) of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters, by sending them via Federal Express and United States Postal Service Registered International Mail to:

Ms. Polina Dolginov
24/44 Dolinsky
76100 Rehovot
Israel


Dated: August 26, 2008                               *(signature)*
                                            _____
                                            ELINA VAL-DEMINO


Subscribed and Sworn to before me
this 26th day of August, 2008
*(signature)*
_____

DANIEL AKSELROD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02AK6140496
QUALIFIED IN KING COUNTY
COMMISSION EXPIRES JANUARY 30, 2010