```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
Vadim Mikhlyn, Inga Mikhlyn, and    :
ABC All Consulting, Inc.            :
                                    :
                                    :
                  Plaintiffs        :
                                    :
        -against-                   :  08 CV. 03367(CPS)
                                    :
                                    :
Ana Bove, Polina Dolginov           :  **DECLARATION OF**
Anna Bove Company, LLC,             :  **INGA MIKHLYN**
Anna Bove Collections, Inc.         :
and Anna Bove Embroidery Supplies, Inc. :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
```

Inga Mikhlyn declares the following to be true under penalty of perjury:

1.  I am a plaintiff in this action along with my husband, Vadim, and our corporation ABC All Consulting, Inc. I submit this Declaration in support of plaintiffs' motion for a preliminary injunction.

2.  I have personal knowledge that the statements made by Vadim in his accompanying Declaration, dated August 18, 2008, are true and I hereby adopt those statements as my own.

3.  Annexed hereto as Exhibit A is the "cease and desist" letter we received from attorney Alexey Bakman on behalf of Ana, as described in Paragraph 42 of Vadim's Declaration.

4. Annexed hereto as Exhibit B is the second of the two arbitration petitions filed by Ana, as described in Paragraph 45 of Vadim's Declaration.

Dated: New York, New York
August 18, 2008

_____
INGA MIKHLYN