```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
Vadim Mikhlyn, Inga Mikhlyn, and        :
ABC All Consulting, Inc.                :
                                        :
                     Plaintiffs         :
                                        :
           -against-                    : 08 CV. 03367(CPS)
                                        :
Ana Bove, Polina Dolginov               :
Anna Bove Company, LLC, Anna            :
Bove Collections, Inc.                  :
and Anna Bove Embroidery Supplies, Inc. :
                                        :
                     Defendants.        :
                                        :
----------------------------------------X
```

## CERTIFICATE OF SERVICE

Daniel Akselrod, being of full age, does hereby certify as follows:

On August 28, 2008, I caused Defendants Ana Bove, Anna Bove Collections, Inc., Anna Bove Company, LLC, and Anna Bove Embroidery Supplies, Inc. to be served with Notice of Motion for Preliminary Injunction, Declaration of Vadim Mikhlyn, dated August 18, 2008, and exhibits thereto, Declaration of Inga Mikhlyn, dated August 18, 2008, and exhibits thereto, and Plaintiff's Memorandum of Law in Support of their Motion for a Preliminary Injunction, via Federal Express, at:

2100 East 21st Street,
Brooklyn, New York 11229

Also on August 28, 2008, I caused Defendant Polina Dolginov to be served with Notice of Motion for Preliminary Injunction, Declaration of Vadim Mikhlyn, dated August 18, 2008, and exhibits thereto, Declaration of Inga Mikhlyn, dated August 18, 2008, and exhibits thereto, and Plaintiff's Memorandum of Law in Support of their Motion for a Preliminary Injunction, via Federal Express, at to:

>    24/44 Dolinsky
>    76100 Rehovot
>    Israel

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008.

_____
Daniel Akselrod