UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Vadim Mikhlyn, Inga Mikhyln, and
ABC All Consulting, Inc.,

              Plaintiffs,      Index No. CV 08 3367

     -against-

Ana Bove, Polina Dolginov,
Anna Bove Company, LLC,
Anna Bove Collections, Inc., and
Anna Bove Embroidery Supplies, Inc.,

              Defendants.
-----------------------------------------------------------x

Peter L. Berger and Jonathan Berger of Levisohn Berger LLP, 61 Broadway, 32nd Floor, New York, New York 10006 hereby enter their appearance in this action as counsel for Defendants Ana Bove, Polina Dolginov, Anna Bove Company, LLC, Anna Bove Collections, Inc., and Anna Bove Embroidery Supplies, Inc.

                                      Levisohn Berger, LLP

                                      By:

                                      Jonathan Berger (JB-6448)
                                      Peter L. Berger (PB-0121)
                                      61 Broadway, 32nd Floor
                                      New York, New York 10006
                                      Telephone (212) 486-7272
                                      Facsimile (212) 486-0323
                                      Email: JBerger@llbl.com
                                             PBerger@llbl.com

Mikhlyn et al v. Bove et al      Doc. 8

Dockets.Justia.com

Attorneys for Defendants
Ana Bove, Polina Dolginov,
Anna Bove Company, LLC,
Anna Bove Collections, Inc.,
Anna Bove Embroidery Supplies,
Inc.,

Dated: New York, New York
September 4, 2008