```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
Vadim Mikhlyn, Inga Mikhlyn, and        :
ABC All Consulting, Inc.                :
                                        :
                    Plaintiffs          :
                                        :
         -against-                      : 08 CV. 03367(CPS)
                                        :
Ana Bove, Polina Dolginov               : **ORDER TO SHOW**
Anna Bove Company, LLC, Anna            : **CAUSE**
Bove Collections, Inc.                  :
and Anna Bove Embroidery Supplies, Inc. :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

Upon the accompanying Memorandum of Law in Support of Temporary Restraining Order, and plaintiffs' previously filed Motion for a Preliminary Injunction and papers filed in support thereof, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on September 10, 2008 at 4:00 p.m., why an order should not be issued pursuant to Rule 65(b) of the Federal Rules of Civil Procedure enjoining the defendants from: (a) claiming exclusive ownership of names "Anna Bove Collections," "ABC-Cross-Stitch-Patterns.com" and "ABC-Embroidery-Designs.com," and (b) from alleging that

plaintiffs' sales of designs that were created and paid for by ABC All Consulting, Inc. are unlawful, pending the hearing on plaintiffs' motion for a preliminary injunction; and it is further

ORDERED that ECF and facsimile service of a copy of this Order and annexed Memorandum of Law in Support of Temporary Restraining Order upon the defendants' counsel on or before _____o'clock in the_____ noon,_____, 2008, shall be deemed good and sufficient service thereof.

Dated:  New York, New York
        September \_\_, 2008

_____
CHARLES P. SIFTON, U.S.D.J.