LEVISOHN BERGER LLP

61 BROADWAY
NEW YORK, NEW YORK 10006

PATENTS,
TRADEMARKS
AND COPYRIGHTS

PETER L BERGER
JANE B LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

E-MAIL TO ATTORNEY
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

September 9, 2008

**HAND DELIVERY**
Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    Index No. CV 08 3367
>        Vadim Mikhlyn, et al. v. Ana Bove, et al.
>        Our file No. 1851 004

Dear Judge Sifton:

    We are hand delivering two courtesy copies of Defendants' reply papers opposing plaintiffs' request for a temporary restraining order.

    We received the court's order late Friday that it would conduct a hearing on Wednesday, September 10th at 4:30 p.m. regarding Plaintiffs' request for a temporary restraining order. Defendants are submitting a Memorandum and Supporting Affidavits of Ana Bove and Polina Dolginov. There has been insufficient time for defendants to cross-reference facts stated in the Memorandum to the Affidavits of Bove and Dolginov.

    We have produced this response in order that the court have sufficient time to review it prior to the hearing, and we apologize for any oversights, errors or other inaccuracies that may exist because of the urgency with which these papers were produced. Essential points are made in Defendants Memorandum and Supporting Affidavits.

    We are serving hard copies of these documents on opposing counsel concurrently with the delivery of these to your court.

Very truly yours,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
cc:    Daniel Akselrod, Esq.
       Eric Wertheim, Esq.
       Val Mandel, P.C.
       Attorneys for Plaintiffs

H:\WLR2\1851\1851-JudgeSifton-9908.wpd

Mikhlyn et al v. Bove et al

Dockets.Justia.com