PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

**LEVISOHN BERGER LLP**

61 BROADWAY

NEW YORK, NEW YORK 10006

TEL: (212) 486-7272

FAX: (212) 486-0323

WEBSITE: WWW.LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

September 11, 2008

Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Index No. CV 08 3367
            Vadim Mikhlyn, et al. v. Ana Bove, et al.
            Our File No. 1851.004

Dear Judge Sifton,

       We hand-delivered Defendants' reply papers to Plaintiffs' motion for a temporary restraining order on Tuesday, September 9th. At that time we did not include an Exhibit List to the Declaration of Ana Bove. Yesterday, we hand-delivered to the court an Exhibit List which we are filing now via ECF.

       Very truly yours,
       LEVISOHN BERGER, LLP

       Jonathan Berger, Esq.

Mikhlyn et al v. Bove et al      Doc. 15

Dockets.Justia.com

| EXHIBIT LIST ||
|---|---|
| **EXHIBIT** | **DESCRIPTION** |
| A | Ebay store in Polina's name on January 5, 2002. |
| B | Email from Ana to staff outlining business plan and directives. |
| C | Sale of Threads by Ana in 2003 - prior to work with the Mikhylns. |
| D | Shows ABC All Consulting Inc. was registered for business consulting services. |
| E | Copyright Registration of Anna Bove's catalogue. |
| F | Side-by-side comparison of one of the Mikhylns' websites and Ana Bove's catalogue. |
| G | CD submitted to Copyright Office for registration of Anna Bove's catalogue. |
| H | Banking records showing contribution of capital by Polina/Ana. |
| I | PayPal payment confirmations showing the funds were disbursed from "Anna Bove Collections, Inc." account and not from ABC All Consulting - as the Quick Report by Plaintiffs indicate. |
| J | Mikhylns' site giving away Ana's designs for free. |
| K | Google results showing Mikhylns' site giving away designs listed right after Ana's new site |
| L | Affidavits of loyal Anna Bove customers. |
| M | Portion of Email from Inga omitted in Plaintiffs' version. |
| N | Ana's site describing that Ana does the artistic work and Polina handles the technical aspects. |
| O | Use of Ana Bove's name on her sites. |
| P | The Mikhylns' many websites. |
|  |  |