| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>**VADIM MIKHLYN, ET AL** | Attorney: VAL MANDEL, P.C.<br>Index No. 08-3367 |

                                                                   Plaintiff(s)

                - against -                                                     **AFFIDAVIT OF SERVICE**

**ANA BOVE, ET AL**

                                                            Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS       Ss:
DAVID RAMOSA                         BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on AUGUST 20, 2008 at 9:05 PM at 2100 EAST 21ST STREET, BROOKLYN, NY 11229
deponent served the within SUMMONS & COMPLAINT                               on
ANA BOVE                                                                                therein named,

**INDIVIDUAL**    by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
**A** _____        therein.                           _____ (S) He identified (her) himself as such.

**CORPORATION**    a (domestic) (foreign) corporation by delivering thereat a true copy of each to
**B** _____          personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said
              individual to be                                        thereof

**SUITABLE**
**AGE PERSON**    by delivering thereat a true copy of each to **LUBA SAKIRSKY**
**C** _X_         a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode)
              within the state.                 _X_   (S) He identified (her) himself as **CO-WORKER**        of recipient

**AFFIXING TO**    by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place
**DOOR ETC.**     of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat,
**D** _____         having called there on the dates below:

**MAILING**      Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient
**USE WITH**    at 2100 EAST 21ST STREET, BROOKLYN, NY 11229                and deposited
**C or D**
 **_X_**        said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
              within New York State on August 29, 2008 by REGULAR FIRST CALSS MAIL in an envelope marked PERSONAL & CONFIDENTIAL

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45-55 | 5'0-5'4 | 110-125 |

**MILITARY**    Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or
**SERVICE**     dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon
              information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the
              military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New
_X_         York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

              That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described
              as the defendant(s) in this action.

**USE IN**        The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).
**NYC CIVIL CT**

Sworn to before
me on the 29TH DAY OF AUGUST, 2008         MICHAEL SMITH                 DAVID RAMOSA
                                                           Notary Public State of New York         LICENSE No. 1015560
                                                           No. SM4007428
                                                           Qualified in New York County
                                                        Commission Expires July 19, 2010