| UNITED STATES DISTRICT COURT | Attorney: VAL MANDEL, P.C. |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | Index No. 08-3367 |

VADIM MIKHLYN, ET AL

Plaintiff(s)

- against -

**AFFIDAVIT OF SERVICE**

ANA BOVE, ET AL

Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS        Ss:

DAVID RAMOSA         BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on AUGUST 20, 2008 at 9:05 PM at 2100 EAST 21ST STREET, BROOKLYN, NY 11229 deponent served the within SUMMONS & COMPLAINT on ANNA BOVE COLLECTIONS, INC therein named,

**INDIVIDUAL A** ____ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ____ (S) He identified (her) himself as such.

**CORPORATION B** __X__ a (domestic) (foreign) corporation by delivering thereat a true copy of each to **LUBA SAKIRSKY** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be **GENERAL AGENT** thereof

**SUITABLE AGE PERSON C** ____ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ____ (S) He identified (her) himself as ____ of recipient

**AFFIXING TO DOOR ETC. D** ____ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** __X__ Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at 2100 EAST 21ST STREET, BROOKLYN, NY 11229 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State on August 29, 2008 by REGULAR FIRST CALSS MAIL in an envelope marked PERSONAL & CONFIDENTIAL

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
| --- | --- | --- | --- | --- | --- |
| FEMALE | WHITE | BROWN | 45-55 | 5'0-5'4 | 110-125 |

**MILITARY SERVICE** __X__ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** ____ The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).

Sworn to before me on the 29TH DAY OF AUGUST, 2008

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4097428
Qualified in New York County
Commission Expires July 19, 2010

DAVID RAMOSA
LICENSE No. 1015560