**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SEP 10 2008

BEFORE: **SIFTON, J.**          DATE: _____          TIME:     4:30 p.m.


DOCKET #: **CV-08-3367**

TITLE: **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc.**

    vs.

    **Polina Dolginov; Anna Bove Company, LLC; Anna Bove Collections, Inc.**
    **and Anna Bove Embroidery Supplies, Inc.**

DEPUTY CLERK: **Stanley Kessler**
COURT REPORTER/ESR: _Marie Foley_
APPEARANCES:

    For Plaintiff: **Daniel Akselrod, Esq.;** ~~Val Mandel,~~ Esq., *Eric Wertheim, Esq.*
    For All Def'ts: ✓ **Jonathan Todd Berger, Esq.** & *Peter Berger, Esq.*


**CIVIL CAUSE FOR MOTION**

✓   Case called.
✓   Counsel for all parties present.
___  Only counsel for _____ present.
___  Counsel for all parties except _____ present.
✓   *Plaintiffs' motion for a temporary restraining order is argued.*
✓   *Motion denied.*
___  _____
___  _____
___  _____

___  Decision reserved.
**TIME:**   0/15