# LEVISOHN BERGER LLP

61 BROADWAY
NEW YORK, NEW YORK 10006

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

September 18, 2008

**HAND DELIVERY**
Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Index No. CV 08 3367
Vadim Mikhlyn, et al. v. Ana Bove, et al.
Our file No. 1851.004

Dear Judge Sifton,

Enclosed is a courtesy copy of the following documents:

1) Defendants' Answer, Affirmative Defenses and Counterclaims,
2) Counterclaimants' Notice of Motion/Motion for Preliminary Injunction,
3) Counterclaimants' Memorandum in Support of Preliminary Injunction,
4) Supplemental Declaration of Anna Bove in Opposition to the Plaintiffs' Motion and in Support of Counterclaimants' Motion, and
5) Proposed Preliminary Injunction.

Also enclosed are courtesy copies of the Certificate of Service and Electronic Filing Receipt.

We are scheduled to appear in your court on September 25, 2008. No time was set in our motion papers. I suggest 3:00 p.m., since that will allow Counterclaimant an opportunity to review Plaintiffs' reply papers. Additionally, counsel do not know if the Court expects to conduct an evidentiary hearing beyond the documents filed by the parties. The Court's individual rules allow the parties to set the time and Rule 2.E. states that oral arguments will be held.

We are available to consult with the Court regarding the proceedings of September 25, 2008.

Thank you for your consideration.

Very truly yours,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
Enclosures
cc: Val Mandel, P.C., Attorneys for Plaintiffs
H:\WLR2\1851\1851-JudgeSifton-91808.wpd

*[Handwritten note:]* The motion will be heard at 4:30 p.m. So Ordered

s/Hon. Charles P. Sifton
9/18/08