CERTIFICATE OF SERVICE

The following documents:

1) Defendants' Answer, Affirmative Defenses and Counterclaims
2) Counterclaimants' Notice of Motion/Motion for Preliminary Injunction
3) Counterclaimants' Memorandum in Support of Preliminary Injunction
4) Supplemental Declaration of Anna Bove in Opposition to the Plaintiffs' Motion and in Support of Counterclaimants' Motion, and
5) Proposed Preliminary Injunction

were delivered by hand this 17th day of September, 2008 upon attorneys for Plaintiff at the office of:

    Val Mandel
    80 Wall Street
    Suite 1115
    New York, NY 10005

_____
Ange Losco

Mikhlyn et al v. Bove et al     Doc. 27

Dockets.Justia.com