```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
Vadim Mikhlyn, Inga Mikhlyn, and           :
ABC All Consulting, Inc.                   :
                                           :
                    Plaintiffs             :
                                           :
        -against-                          :  08 CV. 03367(CPS)
                                           :
Ana Bove, Polina Dolginov                  :
Anna Bove Company, LLC, Anna               :
Bove Collections, Inc.                     :
and Anna Bove Embroidery Supplies, Inc.    :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X
```

## CERTIFICATE OF SERVICE

Daniel Akselrod, being of full age, does hereby certify as follows:

On September 24, 2008, I caused Peter L. Berger, Esq., attorney for the defendants in the above referenced matter, to be served with, Declaration of Vadim Mikhlyn, dated September 23, 2008, and exhibits thereto, Declaration of Inga Mikhlyn, dated September 23, 2008, and exhibits thereto, and Plaintiffs' Memorandum of Law in Further Support of their Motion for a Preliminary Injunction and In Opposition To Defendants' Cross-Motion For a Preliminary Injunction, via Hand Delivery, at:

```
                Peter L. Berger, Esq.
                Levisohn Berger LLP
                61 Broadway, 32nd Floor
                New York, NY 10006
```

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2008.

_____
Daniel Akselrod