PETER L. BERGER
JANE B LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

September 29, 2008

**VIA ECF & FEDEX**
Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Index No. CV 08 3367
             Vadim Mikhlyn, et al. v Ana Bove, et al
             Our file No. 1851.004

Dear Judge Sifton,

    We represents Defendants in the above captioned matter and appeared before you last Thursday for a hearing on a preliminary injunction.

    Our reply to Plaintiffs' response to Defendants' countermotion is due this Friday. I was optimistic on being able to complete a reply by that time, but in view of the Jewish Holidays this week, I am asking for an extension until the close of business on October 7th. Opposing counsel has agreed to this request. Additionally, Plaintiff wants to submit supplemental papers also due on Tuesday October 7th.

    Additionally, the parties have been discussing possible resolution. If we make substantive progress this week, both counsel have agreed to request that matters be held in abeyance, including the need for Defendants' to file a reply, so as to focus on possible resolution.

    In the meantime, we would appreciate your extending Defendants' time to file its reply to Plaintiffs' opposition to Defendants' motion for a preliminary injunction from this Friday, October 3rd, to next Tuesday, October 7th.

    Thank you for your consideration

                            Very truly yours,
                            LEVISOHN BERGER LLP

                            Peter L. Berger

PLB:wr
cc:    Eric Wertheim, Esq
       Val Mandel, P.C
       Attorneys for Plaintiffs
H:\WLR2\1851\1851-JudgeSifton-92908.wpd

Mikhlyn et al v. Bove et al
Dockets.Justia.com