1.   Forbes v. Six-S Country Club, 12 A.D.3d 1049, 785 N.Y.S.2d 209 (4 Dept. 2004).

Oral agreement to form a partnership for an indefinite period creates a partnership at will; such a partnership at will may be dissolved at any time by any partner when any of the partners expresses an intent not to continue longer.

2.   220-52 Associates v. Edelman, 241 A.D.2d 365, 659 N.Y.S.2d 885 (1 Dept. 1997).

Plaintiff's service of notice of his election to dissolve at-will partnership, demanding that winding up of partnership affairs commence immediately, accomplished dissolution of partnership.

At-will partnership may be dissolved at any time by any partner and, upon dissolution, any partner is entitled to accounting without breaching partnership agreement.

3.   Cracco v. Cracco, 25 A.D.2d 660, 268 N.Y.S.2d 97 (2 Dept. 1966).

Defendant partners' action in refusing to continue to pay plaintiff partner his share in proceeds of partnership after he became disabled, and in refusing to account to plaintiff as provided in partnership agreement, manifested unequivocal election to dissolve partnership at will, entitling plaintiff to accounting on basis of dissolution at time of defendants' actions.

4.   Mazur v. Greenberg, 110 A.D.2d 605, 488 N.Y.S.2d 397 (1 Dept. 1985) affirmed 66 N.Y.2d 927, 498 N.Y.S.2d 795, 489 N.E.2d 764.

Evidence that attorney shared in profits of law partnership at fixed 5% of net rate, that attorney was not responsible for any losses, that, although attorney exercised some control, he had no capital investment, and that attorney did not possess any ownership interest in partnership demonstrated that there was no partnership involving attorney, and thus, law partnership did not dissolve upon attorney's withdrawal.

5.   Application of Vann, 78 A.D.2d 255, 434 N.Y.S.2d 365 (1 Dept. 1980), affirmed 54 N.Y.2d 936, 445 N.Y.S.2d 139, 429 N.E.2d 817.

A partnership is dissolved when a partner leaves.

6.   Bitetto v. F. Chau & Associates, LLP, 10 Misc.3d 595, 807

Mikhlyn et al v. Bove et al        Doc. 33

Dockets.Justia.com

N.Y.S.2d 260 (2005).

Partnership dissolves, for purpose of accounting for its assets, upon withdrawal or discontinuance of particular member of partnership.