UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: SIFTON, J.          DATE: SEP 25 2008          TIME: 4:30 p.m.

DOCKET #: CV-08-3367

TITLE: Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc.

    vs.

Polina Dolginov; Anna Bove Company, LLC; Anna Bove Collections, Inc. and Anna Bove Embroidery Supplies, Inc.

DEPUTY CLERK: Stanley Kessler
COURT REPORTER/ESR: Marsha Diamond
APPEARANCES:
    For Plaintiff: Eric Wertheim, Esq., Daniel Akselrod, Esq.
    For All Def'ts: Peter Berger, Esq.; Jonathan Todd Berger, Esq.

## CIVIL CAUSE FOR MOTION

✓ Case called.
___ Counsel for all parties present.
___ Only counsel for _____ present.
___ Counsel for all parties except _____ present.

✓ Plaintiffs' motion for a preliminary injunction argued.
✓ Defendants' motion for a preliminary injunction argued.
✓ Any additional papers are to be filed by 10-3-08.

✓ Decision reserved.

TIME: 0/40