Peter L. Berger (PB-0121)
Jonathan Berger (JB-6448)
LEVISOHN BERGER LLP
Attorneys for Defendants/Counter-Plaintiffs
61 Broadway, 32nd Floor
New York, NY 100006
Phone (212) 486-7272 / Fax (212) 486-0323

Boris Kogan (BK-9135)
BORIS KOGAN & ASSOCIATES
277 Broadway, Suite 701
New York, NY 10007
Phone (212) 625) 8910 / Fax (212) 219-2728

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VADIM MIKHLYN, INGA MIKHLYN, AND ABC ALL CONSULTING, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ANA BOVE, POLINA DOLGINOV, ANNA BOVE COMPANY, LLC, ANNA BOVE COLLECTIONSM INC., AND ANNA BOVE EMBROIDERY SUPPLIES, INC, <br><br>Defendants. <br><br>ANA BOVE, ANNA BOVE COMPANY, LLC, AND ANNA BOVE EMBROIDERY SUPPLIES, INC, <br><br>Counter-Plaintiffs, <br><br>v. <br><br>VADIM MIKHLYN, INGA MIKHLYN, AND ABC ALL CONSULTING, INC., <br><br>Counter-Defendants. | Index No. CV 08 3367 <br><br>J. SIFTON <br>M. J. REYES <br><br>ANA BOVE'S SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF COUNTERCLAIMANTS' MOTION FOR A PRELIMINARY INJUNCTION |

1. Exhibit 1 attached hereto is the opening screen on the CD which was registered in the Copyright Office showing numerous icons. If one clicks on an icon the respective "page" is displayed with my embroidery designs.

Mikhlyn et al v. Bove et al

Dockets.Justia.com

2. Exhibit 2 is taken from the web page showing a "most popular designs" box in the upper right hand corner.
3. While prior papers have generally stated that Inga Mikhlyn became the bookkeeper in the United States in 2004 and began to control the money, this is somewhat inaccurate. In mid-2004, she was hired as a part time bookkeeper for the abc company, and Polina Dolginov and I continued to control the finances.
4. In late 2005, after the Mikhlyns formed Anna Bove Collections, Inc. (which was really a d/b/a of ABC All Consulting, Inc.) and told me that as a foreigner I could not register an American company. Based on the Mikhlyns false assurance that Anna Bove Collections, Inc. was a legitimate corporation owned by me, I then transferred the business financial accounts to Anna Bove Collections, Inc., which was under Inga Mikhlyn's sole control.
5. As stated in my first supplemental declaration of September 24, 2008, Inga Mikhlyn received regular payments for her work from Anna Bove Collections, Inc., (via my and Polina's personal PayPal account) – not from ABC All Consulting. This is specifically identified in paragraphs 3-11. The Mikhlyns do not contradict this which is yet another independent piece of evidence establishing that Inga Mikhlyn drew regular pay from the abc companies for her work, while neither Polina Dolginov or I did.
6. Vadim Mikhlyn did not work for the abc company until 2007 when he became the administrator of the Internet based websites replacing Polina Dolginov. The takeover of all of the abc business assets was accomplished by the Mikhlyns shortly after they gained control of the websites (although Polina and I did not discover this fact until April of 2008).
7. The business had grown significantly by 2007 reaching sales of just under one million dollars. The Mikhlyns claim that they contributed $200,000, however that is an absolute falsehood. After the initial investments made

by Polina and me and by the time the Mikhlyns began working with us, the business was generating enough profits to cover all expenses – no further investment was needed. The Mikhlyns' claim to have invested $200,000 is spurious. Neither Polina nor I were ever advised of such investment.

8. It takes approximately six months to obtain the special threads needed for the embroidery business I started. While I wait to obtain such threads, the Mikhlyns continue to use those of abc.

9. I suspect the Mikhlyns are also using the abc funds for this litigation, while I have been blocked from those same funds. That could not be more unfair.

10. It is imperative this court order an immediate freeze on all financial data of any business run by the Mikhlyns in the embroidery business in order that further wasting and misuse of funds not be permitted to continue. Even if we were partners, which we were not, they could not exclusively use and control partnership assets.

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

_____
Ana Bove

Date: 10.07.2008

# EXHIBIT 1 TO THE SECOND SUPPLEMENTAL DECLARATION OF ANA BOVE





# EXHIBIT 2 TO THE SECOND SUPPLEMENTAL DECLARATION OF ANA BOVE

 

**ABC Embroidery Designs**

To order, please use our secure online shopping cart, or just CALL toll free: 877-870-5286

search

Cutwork Embroidery Designs. Cutwork Designs in Cutwork-Lace Technique

**embroidery designs sets**
- Embroidery Fonts & Embroidery Alphabets
- Machine Embroidery Designs
- Applique Embroidery Designs
- Cutwork Designs
- Easter Embroidery Designs
- Christmas Embroidery Designs
- Cross Stitch Designs
- Lace Embroidery Designs

**embroidery supplies**
- Embroidery Threads
- Polyester Embroidery Thread
- Rayon Thread
- Metallic Thread
- Variegated Thread
- Matching Bobbins & Top Polyester Thread Kits
- Embroidery Stabilizers
- Prewound Bobbins
- *NEW Bobbin Thread
- Commercial Supplies
- Card Writers
- Thread Nets
- Thread Storage Boxes

**special offers**
- What's NEW
- Now On Sale
- Embroidery Designs Combo Packs
- Package Deals
- Combo Font CDs
- Try Free Designs

**more info**
- Embroidery Tips
- Embroidery Projects
- Help - Q & A
- About Us
- Contact Us
- Privacy statement
- Terms & Conditions
- Return Policy
- Guestbook
- Links
- Home

Home -> Cutwork Designs

See also -> Embroidery Projects with ABC Cutwork Embroidery Designs
See also -> How to Use Cutwork Designs
See also -> Cutwork Technique on Embroidery Machine - Step-By-Step Guide

Each set includes Step-by-Step instructions for cutwork designs creation.
To help simplify our customers' cutwork embroidering process we created tips with Cutwork techniques.
Make sure you have Water Soluble Backing Fabric. You will need it for any Cutwork Project

**Lafayette Cutwork Font**



Includes 52 Designs - all capitals, each letter in 2 sizes
Price: $34.70

**Country Charm Initials 4x4**



Set includes 26 beautiful cutwork initials.
Maximum height of letters is 2.9 inches
Price: $29.90

**Arch Cutwork Monograms**



52 Designs - all capital letters in two different sizes.
Detailed cutwork instructions are included
Price: $34.90

**Dantela Cutwork**



10 machine embroidery designs for 5x7 inch hoops.
Detailed cutwork instructions are included
Price: $29.90

**Small Cutwork Lace Butterflies**



8 designs, all of them fit the 4x4 inch hoop
Detailed cutwork instructions are included
Price: $17.00

**Large Cutwork Lace Butterflies**



9 designs, all of them fit the 5x7 inch hoop.
Detailed cutwork instructions are included
Price: $29.90

**Butterflies Cutwork Font**

---

**view cart**

PayPal   Credit Card

**most popular designs**



Romantic Roses

**supplies**



100-Poly Thread Kit



Thread Nets

**what's new**



Storage Boxes

Click to go to FREE designs archive

**join our club**

Name:
Email:
Password:
Confirm Password:



This cutwork font includes 26 capitals
Maximum height of letters is 5" inch
**Price: $29.90**



update
subscription

Home | Embroidery Fonts & Embroidery Alphabets | Cross-Stitch Designs | Cutwork Designs | Embroidery Threads | Polyester Embroidery Thread | Prewound Bobbins
Embroidery Stabilizers | Now On Sale | Package Deals | Metallic Thread | Site Map | Free Cutwork Embroidery Designs | Embroidery Projects
ABC Cutwork Designs  Cutwork Embroidery Designs  Cutwork-Lace Sets online

©Copyright 2003 - 2008 ABC-machine-embroidery-designs.com. All rights reserved