Peter L. Berger (PB-0121)
Jonathan Berger (JB-6448)
LEVISOHN BERGER LLP
Attorneys for Defendants/Counter-Plaintiffs
61 Broadway, 32nd Floor
New York, NY 100006
Phone (212) 486-7272 / Fax (212) 486-0323

Boris Kogan, Esq.
BORIS KOGAN & ASSOCIATES
277 Broadway, Suite 701
New York, NY 10007
Phone (212) 625) 8910 / Fax (212) 219-2728

---

| | |
|---|---|
| VADIM MIKHLYN, INGA MIKHLYN, AND ABC ALL CONSULTING, INC.,   ) ) ) | |
| Plaintiffs,   ) ) ) | |
| v.   ) ) | |
| ANA BOVE, POLINA DOLGINOV, ANNA BOVE COMPANY, LLC, ANNA BOVE COLLECTIONSM INC., AND ANNA BOVE EMBROIDERY SUPPLIES, INC,   ) ) ) ) ) ) | **Index No. CV 08 3367** |
| Defendants.   ) ) | J. SIFTON<br>M.J. REYES |
| ANA BOVE, ANNA BOVE COMPANY, LLC, AND ANNA BOVE EMBROIDERY SUPPLIES, INC,   ) ) ) ) ) | SUPPLEMENTAL DECLARATION OF POLINA DOLGINOV IN SUPPORT OF CONTERCLAIMANTS' MOTION FOR A PRELIMINARY INJUNCTION |
| Counter-Plaintiffs,   ) ) | |
| v.   ) ) | |
| VADIM MIKHLYN, INGA MIKHLYN, AND ABC ALL CONSULTING, INC.,   ) ) ) | |
| Counter-Defendants.   ) | |

Mikhlyn et al v. Bove et al    Doc. 39

Dockets.Justia.com

I, Polina Dolginov, hereby declare and state:

1. I am a friend and former neighbor of Ana Bove, and I am not related to her or to the Mikhlyns.

2. I have been working with Ana Bove from the inception of the business in 2002 until we were both frozen out of the business in March of 2008.

3. I never left the business, nor did I ever intend to leave the business. The Mikhlyns' claims that I left the business and that I sold my share of the business are both patently false.

4. In the summer of 2007, after mounting pressure from the Mikhlyns, Ana agreed to put Vadim Mikhlyn in charge of some of the administrative duties for the business, which had previously been my responsibility. At that time, Ana directed the Mikhlyns to pay me $30,000 - for past work and in compensation for relinquishing my administrative responsibilities to Vadim Mikhlyn. The $30,000 payment was never intended to be a buy-out of any kind.

5. If the Mikhlyns are correct that the $30,000 payment was for the sale of my share of the "partnership" to Vadim Mikhlyn and Inga Mikhlyn then at a minimum the following should have occurred: all negotiations for the "buy-out" should have been held between the "buyers" (Mikhlyns) and the "seller" (me), payment for the "buy-out" should have come from the Mikhlyns' personal account and after such "buy-out" I should have left the business. However, the exact opposite actually occurred: i) negotiations concerning the $30,000 were initiated by Ana; ii) the few payments that I received (totaling $5,000) were made from the "Anna Bove Collections, Inc." business account; and I continued working for the business until Ana and I were frozen out in April of 2008. This clearly demonstrates that the $30,000 payment could not have been a "buy-out."

6. Supporting the fact that Ana, not the Mikhlyns, negotiated the $30,000 payment is an e-mail attached in Exhibit A hereto. The e-mail was sent by Inga to me and the relevant portion of the e-mail is translated as:

"Polina, it was you who originally discussed and negotiated the separation with Ann. All payment instructions for your work and your mother's work were given

to me by Ann. I followed them exactly the way I was told. You never had any negotiations with me."

Thus, it is clear – and by Inga's own admission -- that all negotiations concerning the $30,000 emanated from Ana - and not from the Mikhlyns.

7. To the extent I received any of the promised $30,000 – it was disbursed from the "Anna Bove Collections, Inc." business account – and not from the Mikhlyns' personal account. Please see paragraphs 3-11 of the Supplemental Declaration of Ana Bove for detailed support of these facts.

8. In Exhibit B hereto, a number of e-mails are shown containing newsletters that I prepared pursuant to my work with the company and other work-related e-mails. As can be seen, the last e-mail was sent on March 25, 2008 – just prior to the time that both Ana and I were frozen out of our business

I declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code.

Date: _07 October 2008_

Polina Dolginov

# EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF POLINA DOLGINOV

Polina,

Ti iznachal'no vela razgovori i peregovori o rasxode s Ann. Vse instruktsii po oplate tvoei raboti i raboti tvoei mami mne bili dani ot Ann. Ya im sledovala exactly kak mne bilo skazano.
So mnoi ti nikakix peregovorov nikogda ne vela.

Esli teper' xochesh' vesti ix so mnoi, bydem govorit' kogda ya bydy gotova. Seichas ya ne gotova.
Spasibo za ponimanie.


TRANSLATION:


Polina,

It was you who originally discussed and negotiated the separation* with Ann. All payment instructions for your work and your mother's work were given to me by Ann. I followed them exactly the way I was told.

You've never had any negotiations with me.

If you want to do so now, let us talk when I am ready. At this point, I am not ready.

Thank you for your understanding


*Translator's Note: The word "raskhod" can be translated from Russian in two different ways: 1. separation 2. expenses.

9/8/2008

I, Anna Mazurova, a translator/interpreter approved by the US Court, have performed the above translation, and certify that it represents a full and accurate rendering of the Russian-language original above.

# EXHIBIT B TO THE SUPPLEMENTAL DECLARATION OF POLINA DOLGINOV

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Wednesday, July 04, 2007 8:06 PM |
| **Subject:** | Re: POLIN, vtoraya chast' fluffy |

Dear ..., hello!
Email you the second part of fluffy flowers set

**Design F10** - please do it like the F1 etc, but - 2 fluffy layers in large flower, 1 fluffy layer in medium flower, and the small flower - without fluffy stuff

**Designs F11 and F12** - these flowers should be 3-D, and get embroidered like appliqué patches:

1. First the red and white flower patches are embroidered (on water soluble backing) separately, one near another (NOT one over another).
   Also, please add a couple of stitches in the middle of each patch, to mark it's center.
2. Water soluble backing is washed away from red & white patches, and they are ironed (to dry).
3. A new layer of water soluble backing is hooped, and the blue flower patch is embroidered (also with a couple of stitches marking it's center).
4. The red & white patches are positioned over the blue patch, all center marks matching.
5. The fluffy middle is embroidered (2 fluffy layers, just like the pictures show).

Design sizes:
F10 - Height 4 92"
F11 - Height 4 92"
F12 - Height 4 92"

http://www.abc-cross-stitch-patterns.com/$Files/FluffySet2 zip

Thank you!

----- Original Message -----
**From:** Anna Bove Collections, Inc.
**To:** Polina
**Sent:** Wednesday, July 04, 2007 7:18 PM
**Subject:** POLIN, vtoraya chast' fluffy

napishi mne pls esche email:

F10 - takje kak predidyschie. No v bol'shom zvetke 2 sloya fluffy, v srednem odin, v malen'kom bez.

F11i F12 - technique kak applique patches. snachala vishivautsya na WSB otdel'no belie i krasnie applique flowers. Smivaetsya WSB. Zatem na WSB vishivaetsya bol'shoi golyboi zvetok, poprosi ix chtobi vo vsex zvetkax bila pomechena seredina, prosto para stejkov ili krestik. Na vishitii bol'shoi kladytsya rovno po zentry srednii i malen'kii, i posle etogo vishivaetsya seredina. Seredina 2 sloya fluffy, tochno kak na pic.

Sizes:
F10 - Height 4 94"
F11 - Height 4 94"
F12 - Height 4 94"

http://www.abc-cross-stitch-patterns.com/$Files/FluffySet2.zip

# Polina Dolginov

**From:** "Polina Dolginov (fuse)" <Polina@fusemail.com>
**To:** <polina@fusemail.com>
**Sent:** Monday, July 09, 2007 7:04 PM
**Subject:** - Rayon thread & stunning designs with Asters

Dear friends, hello!

We have some wonderful news for all of you who've been waiting for RAYON thread.

The shipment have finally arrived, and a beautiful kit of rayon thread with 100 balanced color palette (exactly the same colors like in our best-selling 100-cone poly thread kit). The rayon is available for sale here:

http://www.abc-embroidery-designs.com/Rayon_Thread/

The thread is super fresh and strong - it was manufactured only 4 weeks ago and has just arrived to NY from the factory. Each cone includes 1100 yards of thread. So if you love rayon thread - it's the best deal, both in terms of quality and price. Be sure to check it out.

Also, we've prepared a gorgeous set with Asters designs, and a matching font

The asters are simply jaw dropping. The set is designed for making home decor items - cushions, roll neck pillows, lamp shades, table runners, curtains, wall hangings, table maps and so on. The half-drop design is also awesome for making a theater purse top

The designs are VERY festive, elegant and fast to embroider. You may be proud to show off an item with these embroideries :o) Take a look at all the shapes here, to see what we mean:

http://www.abc-embroidery-designs.com/Machine_Embroidery_Designs/

You get the asters in 2 versions - a mono-color one, to do jumpless whitework embroidery, and a multi-color version for regular embroidery. Both can look gorgeous, and absolutely different. So each time just pick up the one that better fits the style of your current project

There is also a matching embroidery font with asters - it's exactly in same style like the designs. Great for personalizing gifts You may get the font separately, OR, if you're getting the asters anyway - order them together in combo set, because it includes a built-in discount.

Here's a link for the combo:

http://www....

And the separate font can be found here:

http://www.abc-embroidery-designs.com/Embroidery_Fonts_Embroidery_Alphabets/

That's all for today. Wish you a lot of fun with asters projects!

P.S.
About rayon thread - if you'd like to read more about it, when it
shall be used and how it compares to poly thread - visit this page:

http://www....

Kindest Regards,
A.B.C Team
------------------------------------------------------------------
Visit us online for premium quality embroidery designs,
alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Wednesday, August 08, 2007 11:07 AM |
| **Subject:** | Re: POLIN, nyjen sovet |

krasivyi. dlya 4x4, da?

poka mne kajetsya - bukvi longtitunual fill. kak v Christmas Gold, tol'ko namnogo plotnee, chtob tkan' zakrita bila. a ostal'noe
tochno kak v Blossoms. poprobovala - vrode neploho vihodit

zigzagom s obichnim splitom toje mojno, no poluchaetsya po 2 splits, ne ochen' krasivo. kstaty, nashla prikol'nuyu split v EO. napominaet po vidu monogram #2. prosto delaesh na zigzag "auto split enabled, fixed". parametry kak default. na areas s menyausheisya shirinoi poluchaetsya dlinnimi rombikami, ochen' klevo. hotya dlya etogo fonta eto too much navernoe

esly chtoto umnoe pridumau, napishu

c u


----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Wednesday, August 08, 2007 12:16 AM
**Subject:** POLIN, nyjen sovet

ne znau kak lychshe sdelat' etot font. Est' idei?

http://www.abc-embroidery-designs.com/1Files/FONT_118.zip

# Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Friday, August 10, 2007 8:11 PM
**Subject:** Re: POLIN, rassilka

svisni chto s small fonts pack, togda uje pis'mo skinu. pro names - kak tebe tak?
----------------------------------------------------------------------------------------------------

1. mi daem 2 new fonts, attachy pics, skin' mne pls names dlya nix

Cherry Punch Initials i Wild Vine Monograms ?

2. daem 2 new combo fonts CDs
    1. XS fonts CD, na kotorom bydyt vse 9 cross-stitch fonts
      Nazvat' ego prosto Cross-stitch fonts?

esly budut eshe xs fonty - to luchshe s #. esly net - tak good. ya bi tol'ko "machine" dobavila na vsiakyi - "Machine Cross Stitch Fonts Combo"

    2. Cd s 5 old i 1 new font - pridymai pls xoroshee imya dlya etogo CD
      Grape Vines
      Dalmatino Initials
      Purple Fantasy
      Precious Moments
      Royal Heritage Initials
      i new font 1 ( dlya nego mne nyjen name)

French-Style Initials Combo CD ? yly mojno - 2007 Favorite Initials CD

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Friday, August 10, 2007 6:45 PM
**Subject:** POLIN, rassilka

1. mi daem 2 new fonts, attachy pics, skin' mne pls names dlya nix

2. daem 2 new combo fonts CDs
    1. XS fonts CD, na kotorom bydyt vse 9 cross-stitch fonts
      Nazvat' ego prosto Cross-stitch fonts?

    2. Cd s 5 old i 1 new font - pridymai pls xoroshee imya dlya etogo CD
      Grape Vines
      Dalmatino Initials
      Purple Fantasy
      Precious Moments
      Royal Heritage Initials
      i new font 1 ( dlya nego mne nyjen name)

3. nado dat' link na help kak merge letters v embird ( ya xochy dobavit' na site help iz e-zine, on prostoi i ponyatnii)

4. Napominanie ob okonchanii lace, cutwork designs i WSB sale. Mi ego zakanchivaem 18-go, t ch dadim esche last reminder 16-go chisla.
   (napishi srazy email o last 2 days reminder)

5. Esli y menya seichas vse viidet s GiS, ya xochy dat' combo lower-case latters, 10-15 raznix vidov i razmerov
   Ya tebe napishy pozje esli vse polychilos' i kakoi etot pack bydet

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** "Polina" <polina@fusemail.com>
**Sent:** Sunday, August 12, 2007 2:31 AM
**Subject:** Anich, lovi texts banners i pages

Cherry Punch Initials CD
----------------------------------

This elegant French-style initials font
includes all 26 capital letters. It's perfect
for decorating fashion accessories, like
evening purses and scarves. Great for
towels & robes. 5x7-inch hoop required.

text dlya page:

Very nice one-color font in antique french style. The letters
are quite fast to embroider, and look great on almost any
type of fabric, including towels and bath robes. Their size
is also suitable for large variety of projects, including fashion
accessories and home decor stuff

Wild Vine Monograms CD
------------------------------------

These huge, impressive initials combine
large size with detail and elegance. All 26
capital letters are there. Each symbol is a
design on it's own - a perfect choice for
one-letter monograms. 5x7-inch hoop

text dlya page:

This unique alphabet is perfect for decorating large
items - it was designed especially for home decor stuff.
Imagine quilts, cushions, huge samplers decorated with
these large, impressive initials. They're also very suitable
for quite large wine-related items

New Initial Fonts
-------------------------

Click here to take a
look at 2 new initial
fonts - one with huge
wild vines, and one
with smaller, elegant
French-style initials

NEW Combo Font CDs
----------------------------------

To save on fonts,
check out the 2 new

combo CD packs with
2007-favorite initials
and machine XS fonts
Click to see them all

----- Original Message -----
**From:** Polina
**To:** Polina Dolginov
**Sent:** Sunday, August 12, 2007 1:01 AM
**Subject:** Re: POLIN, rassilka

1. Polin, napishi mne pls texts dlya pages i CDs new fonts. nazvaniya ya ostavlyau tvoi:
Cherry Punch Initials  i   Wild Vine Monograms

2. texts dlya banners new fonts i new combo CD fonts. Combos bydyt nazivat'sya:
2007 Favorite Initials CD for 4x4 hoop i Machine Cross Stitch Fonts Combo

Thanks
Ann

----- Original Message -----
**From:** Polina Dolginov
**To:** polina@fusemail.com
**Sent:** Friday, August 10, 2007 2:11 PM
**Subject:** Re: POLIN, rassilka

svisni chto s small fonts pack, togda uje pis'mo skinu  pro names - kak tebe tak?
----------------------------------------------------------------------------------------

1. mi daem 2 new fonts, attachy pics, skin' mne pls names dlya nix

Cherry Punch Initials  i   Wild Vine Monograms ?

2. daem 2 new combo fonts CDs
   1 XS fonts CD, na kotorom bydyt vse 9 cross-stitch fonts
      Nazvat' ego prosto Cross-stitch fonts?

esly budut eshe xs fonty - to luchshe s #. esly net - tak good  ya bi tol'ko "machine" dobavila na vsiakyi -
"Machine Cross Stitch Fonts Combo"


   2 Cd s 5 old i 1 new font  - pridymai pls xoroshee imya dlya etogo CD
      Grape Vines
      Dalmatino Initials
      Purple Fantasy
      Precious Moments
      Royal Heritage Initials
      i new font 1 ( dlya nego mne nyjen name)

French-Style Initials Combo CD ?   yly mojno - 2007 Favorite Initials CD

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Friday, August 10, 2007 6:45 PM
**Subject:** POLIN, rassilka

1. mi daem 2 new fonts, attachy pics, skin' mne pls names dlya nix

2. daem 2 new combo fonts CDs
    1 XS fonts CD, na kotorom bydyt vse 9 cross-stitch fonts
      Nazvat' ego prosto Cross-stitch fonts?

    2 Cd s 5 old i 1 new font - pridymai pls xoroshee imya dlya etogo CD
      Grape Vines
      Dalmatino Initials
      Purple Fantasy
      Precious Moments
      Royal Heritage Initials
      i new font 1 ( dlya nego mne nyjen name)

3. nado dat' link na help kak merge letters v embird ( ya xochy dobavit' na site help iz e-zine, on prostoi i ponyatnii)

4. Napominanie ob okonchanii lace, cutwork designs i WSB sale Mi ego zakanchivaem 18-go, t ch. dadim esche last reminder 16-go chisla.
  (napishi srazy email o last 2 days reminder)

5. Esli y menya seichas vse viidet s GiS, ya xochy dat' combo lower-case latters, 10-15 raznix vidov i razmerov
  Ya tebe napishy pozje esli vse polychilos' i kakoi etot pack bydet

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012 net il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, September 06, 2007 9:56 AM
**Subject:** Anich, pis'mo Viveke

Dear Viveka, hello!
How are you doing? Hope that everything is well

We've finished a new set of Christmas designs, and wonder -
would you be able to do another quilt project for us with those designs?

The set includes 12 patch squares for quilt blocks  They may be embroidered as
patches on applique fabric base and then attach to quilt, or embroidered the regular
way, by omitting the first two threads. In any colors you feel right.  Here is a link:

http://www

Please let us know what you think.

Thanks so much!

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Thursday, September 06, 2007 12:44 AM
**Subject:** POLIN, project dlya Viveki

napishi mne pls dlya nee email, chto bilo bi super esli bi ona smogla nam sdelat' project
Ya posilau ei novie Twelve Days Of Christmas designs. Oni vishivautsya na applique fabric,
no mojno ne vishivat' pervie 2 threads. Kak ona zaxochet. Mi bi xoteli quilt s etimi designs i
esli y nee bydyt  esche ideas, to kak vsegda mi bydem radi  Zveta na ee vkys

Thanks, Ann

10/1/2008

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012.net.il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Friday, September 07, 2007 11:04 AM |
| **Subject:** | - only 3 days to hunt for "30% off" Christmas designs + projects |

Friends, hello!
Hope that this long weekend was really successful!!

We'd like to remind that Christmas designs sale is going to
end on September 10.

So if you're willing to hunt for some amazing designs for
decorating your Winter projects - the best time will be NOW.
In 3 days their price will be back to normal ( this means - up
to 30% higher)

To take a look at all discounted Christmas designs, including
Christmas Lace, you can visit this page:

http://www.abc-embroidery-designs.com/Now_On_Sale/

There are also four new Christmas projects uploaded to
online gallery - all thanks to our loyal customers who kindly
agreed to share their creations. Take a look at them here -
all four are really neat, original projects. Maybe you'll be able
to borrow a few nice tricks:

http://www.abc-embroidery-designs.com/Embroidery_Projects/

That's all for today. Happy Shopping!

P.S.
The Christmas designs sale will end exactly on MM/DD/YY,
Eastern Time. So go shopping now:
http://www.abc-embroidery-designs.com/Now_On_Sale/

Kindest Regards,
A.B.C. Team
------------------------------------------------------------------
Visit us online for premium quality embroidery designs,
alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

10/1/2008

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Wednesday, October 10, 2007 12:30 AM
**Subject:** Vintage Halloween designs finally available again

Dear friends, hello!

Since so many of you have inquired about Vintage Halloween designs set we've carried three years ago, we've finally taken the time to make it's new and better version. It is available, you may see and get it here:

http://www.abc-embroidery-designs.com/Cross_Stitch_Designs/VintageHalloween.html

If you've never seen these designs - be sure to check them out. This is a classic vintage-style collection, wonderful for making Halloween postcards, Trick-or-Treat bags and other stuff like that. Really beautiful

Also, be sure to check the other Halloween & Fall designs, because the holidays are coming closer, and the designs are ON SALE:

http://www.abc-embroidery-designs.com/Now_On_Sale/

Towards the holidays, we've also decided to offer some huge discounts on embroidery stabilizers. At this moment, all backing packs that are 25yards and up, come with 20 to 40% discount.

Be sure to check them out, and fill your stash of backings while banefiting from bargain prices:

http://www.abc-embroidery-designs.com/Embroidery_Stabilizers/

That's all for today. Happy Shopping!

P.S.
If you'd like to order by phone - you may call between 9AM to 5PM Eastern time to place your order immediately. Or, if you're calling at a different hour - just leave us a message, and we'll get back to you to write down your order. Our phone # is: 877-870-5286

Be sure to call for ordering ONLY. Technical support is available via email, by using this contact page:
http://www.abc-embroidery-designs.com/ContactUs/

Kindest Regards,
A.B.C Team
----------------------------------------------------------------
Visit us online for premium quality embroidery designs, alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, October 11, 2007 4:25 AM
**Subject:** about floral lace medallions

Dear ..., hello!
Thank you so much for sending the tests.
There are a couple of small problems we've noticed. Could you please fix them? Here they come:

1. The sizes we've originally requested seem to be too large. Sorry for the trouble
Could you please scale all designs to 80% of the original size we requested? Thank you so much!

2. In design ml10 EMB, please add a split line on the wide satin stitch (2-nd thread color)

3. In all designs, would you please do all the small circles in form of donuts?
( just like the circles that are outlined in red on the picture we attach)

4. Please, fix the direction of fills to correspond to natural direction of petals and leaves, like you did with roses lace.


Thank you so much!
Kindest regards,

..

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Wednesday, October 10, 2007 8:23 PM
**Subject:** Polin, mne nyjen email for china

oni prislali tests.

1. Ya javno oshiblas' s razmerami  Poprosi ix sdelat' vse designs na 80% men'she,
seichas oni diko bol'shie.

2. ml10 EMB - vo pervix poprosi ix sdelat' split na tolstom zigzage ( vtoroi color),
vo vtorix "kryjochki" na pervom color - attachy pic designa kotorii oni nam delali, ya
xochy eti kryjochki na etom, a takje na vsex ostal'nix designs, chtobi bili sdelali takje.
Eti mesta ya pometila krasnimi krygami.

3. poprosi ix napravlenie textyri na zvetax i list'yax sdelat' po napravleniu etix details,
kak oni delali v roses lace

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail com> |
| **Sent:** | Monday, November 05, 2007 12:21 AM |
| **Subject:** | Anich, How to Write Designs to Floppy Disks for Designer 1 |

How to Write Designs to Floppy Disks for Designer 1
-----------------------------------------------------------------------

Manual for Owners of Husqvarna Software

This tutorial is for you ONLY if you own the Husqvarna software  If you don't - you may just stick to buying designs in SHV format, and using this manual to write them to floppy.

So if you've got the software and want to learn using it to write designs to floppies - let's get started:

Step 1 - Formatting Your Floppy:
-------------------------------------------------

This is the most important step. Every time before you want to write designs to floppy disk for Designer 1, the floppy MUST be formatted first. EVERY TIME. Even if that floppy has been formatted earlier!!! Most often, if designs don't seem to load on your machine, it's because of the floppy disk itself. Either it's bad, or was not formatted properly.

How to format:

1 Go to "My Computer":
1 jpg

2. Select drive "A:\" (click on it once using the left mouse button, until it's marked in blue). Click on the right mouse button  A menu will open.

Choose "Format" in that menu:
2 jpg

3. A small formatting window will open  Check the "Quick Format" checkbox on it, and click on the "Start" button:
3 jpg

4. Windows will display a warning, explaining that if you format the floppy, all information that currently exists on it will be lost  Click "OK"
4 jpg

5. When formatting is complete, click "OK":
5 jpg

Now your floppy is ready for writing a new portion of designs to it  So let's move to using the Husqvarna software.

Step 2 - Writing Designs to Floppy with Disk Manager:
-----------------------------------------------------------------------

1 Via the Start menu on your PC taskbar, open the Husqvarna/Viking "Disk Manager" software:
6 jpg

2 Each Designer 1 floppy has 4 "MENUs". Each menu can include up to 36 designs on it. The floppy is divided to menus to let you better see each design on the machine's touch up screen. The less designs you add to a single menu, the larger they will show up. The menus are also useful for sorting designs that look quite similar. For example, if you have a certain design in 3 different sizes, it may be convenient to put each of it's versions under a separate MENU, to avoid mix ups.

Ok, now when you know what a MENU is, click on "Menu 1" button (where you see the red circle). This way you

select Menu #1 for adding designs to it:
7 jpg

3. Click "Open":
8 jpg

4. Navigate to the folder that stores the designs you plan to write to floppy, and select up to 36 designs to be added to "Menu 1". You may add many designs at once. To do so, just hold the "Ctrl" key on your keyboard when selecting the designs. When all the ones you want are marked, press the "Open" button:
9 jpg

5. To fill Menu 2, Menu 3 and Menu 4 with designs, just repeat steps 2, 3 and 4 with each menu (it's not necessary - do this only if you want to add more designs to floppy). Like this:

11 jpg

6. Now when you've selected all designs you want to write to floppy, press the "Write" button:
12 jpg

7. Click "OK":
13 jpg

8. When the program tells you that the floppy is ready, just insert it to your Designer 1 and use!
15 jpg

9. Close the "Disk Manager" software. When you click on the little cross to shut down the program, it will show you a small warning that tells you that the program will not remember the current selection of open designs once you close it. Click "OK"
16 jpg
17 jpg

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Friday, November 02, 2007 7:18 PM
**Subject:** POLIN, mne nyjen text dlya Designer1 help

y nas kycha tetok , kotorim nyjen etot help.

http://www.abc-embroidery-designs.com/1Files/Designer1_help.zip

steps tebe pisat' ne bydy i tak vse ponyatno, no esli chto - pishi.

Thanks
Ann

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012 net il>
**To:** <polina@fusemail.com>
**Sent:** Sunday, November 18, 2007 3:45 PM
**Subject:** Anich, font names, texts for banners & texts for pages

Font names:
-----------------

sinyi - Lafayette Initials
fioletovyi - Night Sky Font / Christmas Star Font / Diamond Rings Font
s tsvetochkami - WildRose Scent Font / Fancy Old English

Font Banners:
--------------------

3 NEW FONTS!

Click here to take
a look at 3 new
initial fonts we've
just added  And
they all take part
in 1+1 fonts sale

"1+1 Fonts Sale" - Order Fonts and Get Each Second One FREE!

Towards Christmas, we've launched a short-term "1+1 free"
sale in the entire category of embroidery fonts . This means that
once you order an alphabet, you're eligible to get one more
font YOU CHOOSE. Get as many paid fonts as you like, and
then email us with your selection of extra bonus fonts. All items
of equal or lower price that your original purchase qualify

Click here to see all fonts, and do your holiday shopping --->

 - Offer Valid only until mm/dd/yy Eastern Time
 - Please AVOID paying for your bonus fonts. Just email us
   your "wish list" after completing your order of paid alphabets.

Pages text:
-------------------

fioletovyi - Night Sky Font / Christmas Star Font / Diamond Rings Font

This satin stitch initials font features all 26 capital letters for . .-inch
hoops. The letters are done in shiny satin stitch, and embellished
with beautiful star bracelets.

This alphabet is perfect for embroidery on towels and bath robes
because the letter elements are wide, and stand out on terry cloth.

To make the letters look even more festive, consider stitching the star bracelets in metallic thread (just an idea)

sinyi - Lafayette Initials

This one is classic. The heraldic style of these initials makes them suitable for almost any purpose. The font may be used for men, ladies and children. It's only one color, pleasant to embroider and has an expensive, luxurious look. Use it on guest towels, hankies, lady bags, robes, cushions etc. It's a must have font because it's so universal. Adjust the color for your purpose, choose one of the 2 available letter sizes, and that's it

s tsvetochkami - WildRose Scent Font / Fancy Old English

This heirloom alpha is clearly for ladies. It's gentle and fancy, perfect for embroidery on lucrative materials. It will look stunning on silk, for example. Another option is to use only one color for all the elements, and do a whitework project with it. Great for guest towels, ring bearer pillows, gift diary cover, night gown case or any other lady accessories. Each letter comes in 2 sizes, so each time you can pick up the one that fits your current project best

Chinese Zodiacs & Oriental font COMBO

This combo pack includes 12 Chinese-style designs of zodiac animals, 12 matching titles stating the name of each year, and the complete Oriental font. You may view all of the items included into the combo separately here:

<li>Oriental embroidery font
<li>Chinese Zodiacs designs

This combo pack is great for 4x4-inch hoops, and very useful for making new year gifts. You may view some project ideas for these designs HERE.

When buying the COMBO, you save ... % from the price of individual sets.

Grape Vines & Plain Elegant Script COMBO

This combo pack of grape vine designs and a matching elegant font is wonderful for making tableware items and housewarming gifts, like wine bottle cases, runners, placemats and so on. You may see a few project ideas with these designs HERE.

All 14 grape vine ornaments are project-oriented. They require a 5x7-inch hoop. The font letters are relatively small so they allow you to conveniently embroider words and even phrases. The font includes all 26 capitals, lower-case letters and numbers. You may see both sets that are included into the combo in detail here:

<li>Grape Vines designs
<li>Plain Elegant Script

When buying the COMBO, you save ...% from the price of individual sets

Roses Essentials & Rose Elegance COMBO

This huge designs pack is a blessing for all those ones who love bullion roses. It includes a set of 19 project-oriented shapes with bullion roses designs - corners, borders, squares, arcs and so on and so on. In addition, you get a matching font, decorated with absolutely similar roses. So the project options are endless. You may see both collections that are included into the combo here:

<li> Roses Essentials designs (5x7-inch hoop)
<li> Rose Elegance font (all capitals, lower case & numbers)

When buying the COMBO, you save  . % from the price of individual sets

Heraldic Gold & Gold Capitals COMBO

These designs and font have been designed for one another. They're fulfilled in absolutely same lightweight style and technique, and allow you plenty of options together. The combo includes all 23 designs from Heraldic Gold 5x7-inch hoop set, and all 26 initials from Gold Capitals font. They are especially beautiful when embroidered using metallic thread. You may see both sets in detail separately, here:

<li> Heraldic Gold 5x7
<li> Gold Capitals font

When buying the COMBO, you save .. % from the price of individual sets.

----- Original Message -----
**From:** Anna Bove Collections
**To:** Polina
**Sent:** Saturday, November 17, 2007 12:49 PM
**Subject:** POLIN, rassilka

Attachy pic rassilochnogo emaila. Napishi mne pls texts i dlya html i dlya text versions

Attachy takje krypnie fonts pics  Skin' mne pls dlya nix names. Dannie ( razmeri etc...) fonts ya poka ne dau, ya esche nad nimi rabotau, no ostav' mne dlya nix mesto v texte - ya vstavlu Fonts 2 i 3 bydyt v 2-x razmerax, a font 1 v odnom.

Napihsi mne pls takje texts dlya pages new fonts i dlya new combos -
Chinese Zodiacs & Oriental font pack,
Grape Vines & Plain Elegant Script pack,
Roses Essentials & Rose Elegance font pack,

Heraldic Gold & Gold Capitals pack

I dlya CDs vsex etix xrenei - new fonts i combos

nyjen malen'kii obíchnoii banner dlya new fonts, i text dlya bol'shogo o 1+1 fonts sale, ok?

Thanks a lot
Ann

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail com> |
| **Sent:** | Sunday, November 11, 2007 11:01 AM |
| **Subject:** | TEXT version: only 2 days left to get embroidery backings with up to 50% discount |

Dear friends, hello!

We just want to remind you that the huge sale on embroidery
stabilizers will be over within 2 days!

Be sure to visit the "Now On Sale" page to find the complete list of
backings and toppings with up to 50% discount:

http://www.abc-embroidery-designs com/Now_On_Sale/

All stabilizers you'll find there are required if you do machine
embroidery. Different projects ask for different types of backings,
so you should have a certain minimal variety in stock if you want
to enjoy your hobby and do really nice projects. And now it's a
great time to fill your stash of backings and SAVE up to 50%
of the price. So do it.

And if you'd like to learn when and why to use different types
of stabilizers, please take a look at "Easy Rules for Stabilizing"
help topic:

http://www.abc-embroidery-designs com/Embroidery_Stabilizers/rules html

That's all for today. Happy Shopping!

P.S
Remember that Christmas is coming soon, and you'll need plenty
of supplies to do your holiday projects. So get all the backings
you may need, while the sale is live:
http://www.abc-embroidery-designs com/Now_On_Sale/

P.P.S
If you need some embroidery thread in Christmas colors - we
have a special kit for winter here:
http://www.abc-embroidery-designs.com/Polyester_Embroidery_Thread/Poly_Thread_Kit_24_Winter.html

Sincerely,
A B C Team
-----------------------------------------------------------------
Visit us online for premium quality embroidery designs,
alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Sunday, December 09, 2007 2:55 AM
**Subject:** All counted cross stitch SETS are on sale - Buy 1 and Get 1 Free!

Dear friends, hello!

Towards Christmas, we're excited to launch a "1+1 free" sale on
all SETS of counted cross stitch patterns

Buy 1 collection of patterns, and you will get a second one YOU
choose FREE. Here is a complete list of pattern sets that are on
sale:

http://www.    (now on sale page)


There are over 50 pattern sets available - it's a large selection
to choose from. You will find 8 collections of patterns for Christmas,
5 sets with different flowers, samplers, fonts and LOTS of vintage
style designs for various holidays. Be sure to see them all

You may get as many sets as your heart desires - they will ALL
qualify for bonus. Please just avoid paying for your free sets.
Email us your "free sets wish list" once you complete your order.

To contact us, you may use this page:

http://www.abc-cross-stitch-patterns.com/ContactUs/


That's all for today. Happy shopping!

P.S.
If you're looking to make some FAST personalized presents -
there is no better choice than getting a few nice fonts. Embroider just
one beautiful initial on a guest towel or bookmark, and you've got
a pretty little gift ready!

P.P.S.
The "1+1 free" sale is valid only towards Christmas, and is going
to end exactly on mm/dd/yy. So be sure to get everything you like
NOW, while the offer lasts. Here's a link:
http://www.    (now on sale page)


Merry Christmas Shopping!
Sincerely,
A.B.C. Team
-------------------------------------------------------------
Visit us online for counted cross stitch patterns in
printable PDF format. Vintage & modern style charts
available: http://www.abc-cross-stitch-patterns.com/

# Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, December 13, 2007 1:32 PM
**Subject:** Cyclamen designs & lace - get them Free with embroidery thread!

Cyclamen designs & lace - get them free with embroidery thread!

-----------------------------------------------------------------------------------

We've just finished designing two new collections of amazing Cyclamen flowers.
The first set is standalone lace, and the second one - regular freestyle embroidery
designs. They are in one style, so you may combine the lace designs with regular
ones

Also, you may get ONE or BOTH of these beautiful collections a-bsolutely free,
as bonus for purchasing embroidery thread. You may read about this in more
detail below. It's a special offer towards Christmas, so you can get a great
gift for yourself, and also make stunning presents for your friends and family.

Here is some detailed info about each new collection, and the OFFERs:

Cyclamens lace - This collection features 8 gorgeous lace designs with cyclamen
flowers. All of these designs can be used on their own, or sewn into your
projects half-automatically, in hoop. They are very beautiful for anything related
to fashion, or home decor. For example, you may make an amazing fashion
purse, elegant bag, a set of cover and bookmark for your diary, cushions, table
runners, coasters and so on. The sky is the limit for using this universal designs
set.

Freestyle Cyclamens - This set includes 12 freestyle embroidery designs of
cyclamens. These designs are great for clothes, home decor items or crazy
quilting. A great match for "Cyclamens Lace". 5x7-inch hoop required

As mentioned earlier, you may get BOTH of these beautiful cyclamen collection
free of charge, as bonus for purchasing embroidery thread. There are 3
different packs available - read below to choose the one you need

-----------------------------------------------------------------------------------
Buy a 100-cone kit of poly or rayon thread & get "Freestyle Cyclamens" Free!

If you'd like to get a basic selection of 100 most frequently used thread colors -
purchase a 100-cone kit of poly or rayon thread, and get CD with
"Freestyle Cyclamens" designs Free.

The thread is ThreaDelight brand, 1100 yards per cone. Stunning colors!
If you're not sure whether to choose polyester or rayon - take polyester, because
it's super colorfast, and generally stronger than rayon. You may get the poly
thread kit HERE, and the rayon one HERE.
-----------------------------------------------------------------------------------
Buy a 260-cone kit of poly thread & get Cyclamens COMBO (both sets) Free!

This is an absolutely unbelievable offer for ones who'd like to have a really
generous selection of thread colors. Order a kit of 260 poly thread cones, and
get "COMBO Cyclamens" CD as your free bonus. The COMBO CD includes
both sets of cyclamen designs - the lace, and the freestyle cyclamens.

The thread is ThreaDelight brand, 100% polyester, 260 unique colors in excellent, gradient color palette. It's good enough for any complex design, including cross stitch ones. Each cone includes 1100 yards (1000 meters) of thread.

If you don't have too many thread colors already - jump on this offer. This 260 color kit is an amazing bargain even without the bonus, and the cyclamens officially make it the deal of this century. You may see the thread & bonus HERE --->

-----------------------------------------------------------------------------------------------------

For Commercial Embroidery Machine Owners

If you have a commercial embroidery machine, get a pack of 60 5500-yard thread cones, and receive a stunning Cyclamens Combo CD for your purchase. Your customers will thank you for that!

The bonus COMBO CD includes both sets of cyclamen designs - the lace, and the freestyle cyclamens.

The Thread is ThreaDelight brand, 100% polyester, very strong and laundry safe. The pack includes 60 unique colors - exactly the colors that are used for commercial embroidery. We did a research. So you get what the doctor ordered.

-----------------------------------------------------------------------------------------------------

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, February 07, 2008 11:24 PM
**Subject:** TEXT: Valentine freebie + last-day thread specials reminder!

Dear friends, hello!

We'd like to say "Happy Valentine's Day", give you a small
gift, and remind about the end-of-sale on embroidery thread.

Now it's your last chance to get bonus Cyclamens designs on
CD for purchasing embroidery thread. After this offer ends, the
prices on all thread kits will GO UP, and there won't be any bonuses.
So if you want to have a great deal on your thread - shop
now. Pick up the pack that fits your needs HERE:

http://www.abc-embroidery-designs.com/Now_On_Sale/

Also, towards Valentine's Day there is a lovely free design for
you to download. It's in Victorian style and features a floral wreath
with Cupid's bow & arrow.

To download the design, log in to freebies archive:

http://www.abc-free-machine-embroidery-designs.com/login.html

And if you're not registered there yet - do this now:

http://www.abc-free-machine-embroidery-designs.com/register/

That's all for today. Happy stitching!

P.S.
If you hesitate which type of thread to choose, read our help to learn.
We've prepared a special page, that explains the pros and cons of
different embroidery thread types. It may help you select the best
thread for your specific projects:
http://www....

Kindest Regards,
A.B.C. Team
------------------------------------------------------------
Visit us online for premium quality embroidery designs,
alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

10/1/2008

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Saturday, February 16, 2008 6:56 PM
**Subject:** about the last 2 invoices

Dear ., hello!

Thank you for sending the invoices. We've sent payment for both of them

We get the invoices into our spam folder, probably because they're in html format.
Would you please be able to send them in plain text format in the future?

Thank you so much!

Kindest Regards,

# Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, February 21, 2008 9:01 PM
**Subject:** Re: POLIN, nyjen esche text

This project was created using "Book Cover Daffodil Lace" designs, which can be purchased separately. They're also a great add-on for "Daffodils Lace" collection, that allows you to make a huge variety of projects in identical style. Please visit the "Lace Embroidery Designs" category to find a large selection of project-oriented sets with free-standing lace designs.


----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Thursday, February 21, 2008 8:12 PM
**Subject:** POLIN, nyjen esche text

mne nyjna nebol'ahaya fraza:

This project was created using Book Cover Daffodil Lace designs that can be purchased otdel'no, oni takje yavlyautsya velikolepnim dopolneniem Daffodils Lace seta, kotrii pozvolit vam sdelat' bol'shoe kolichestvo projects v odnom stile. Posetite "Lace Embroidery Designs" category, gde vi naidete bol'shoi vibor project-oriented free-standing lace design sets.

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012.net.il>
**To:** <polina@fusemail.com>
**Sent:** Thursday, February 28, 2008 4:19 PM
**Subject:** texts for banners, pages, CDs

Backings Sale!
--------------------
You may now get
the "most often
used" stabilizers
at 30% OFF! It's
tearaway, cutaway
and cotton. Click
to see them all --->

New Shamrock Font
----------------------------
There's a new
font ready - elegant
initials, decorated
with shamrock.
Great for spring &
St. Patrick's Day!
Click here to see --->

Shamrock COMBO
---------------------------
Click here to get
the "Shamrock Lace"
and "Shamrock Font"
in one combined
pack, and SAVE --->

Shamrock font page
----------------------------
This elegant font features all 26 capital letters. It's in antique Irish
style, and each symbol is decorated with shamrocks. Great alphabet
to decorate gifts for both men and ladies, which is a rare case.
Letter height is 3.69", they all fit into a 4x4-inch hoop.

You may also purchase this font in COMBO pack with "Shamrock Lace",
if you wish. These two sets fit perfectly, and you save when getting them
together as combo.

Shamrock COMBO - page text
-------------------------------------------
This combo pack includes two sets of designs, which perfectly match
in style - "Shamrock Lace" and "Shamrock Font". They are in antique Irish
style, very beautiful and elegant sets. The "Shamrock Lace" collection
can be embroidered as standalone lace, on water soluble backing.
The font is for regular embroidery on fabric, or other "not disappearing"
material.

This is a "must have" pack of designs, because they may be used
for making gifts for MEN, and not only for ladies. Beautiful designs that
fit men are hard to find.

Shamrock Font CD
-----------------------------
This CD features an elegant initials font
with shamrock. It's in antique Irish style.
Great alphabet to decorate gifts for both
MEN and ladies. All 26 capital letters are
included, letter height 3.69", 4x4-inch hoop.

Shamrock COMBO CD
---------------------------------
This CD includes two design sets in similar
style - "Shamrock Lace" and "Shamrock Font".
The lace set features 10 project-oriented
designs of standalone lace. The font is all
26 initials, for regular embroidery. 5x7-inch hoop.

----- Original Message -----
**From:** Anna Bove Collections, Inc
**To:** Polina Dolginov
**Sent:** Thursday, February 28, 2008 1:13 AM
**Subject:** POLIN, rassilka

attachy email
vot ob etom shamrock project ya napisala v priattachennom email.
http://www.abc-embroidery-designs.com/Embroidery_Projects/ShamrockKitchenSet.html

mne nyjni takje:
1. banners: stabilizers sale, new font, new combo
2. text dlya page new fonta - font v odnom razmere, visota 3.69"
3. text dlya page combo seta

Thanks a lot
Ann

## Polina Dolginov

| | |
|---|---|
| From: | "Polina Dolginov" <polina80@012.net.il> |
| To: | <polina@fusemail.com> |
| Sent: | Tuesday, January 08, 2008 11:08 AM |
| Subject: | HTML XS: Only 2 days left to buy 1 cross stitch set and get 1 free |

Only 2 days left to buy 1 cross stitch set and get 1 free

--------------------------------------------------------------------

Happy 2008! We hope that you've had some really fun holidays, and wish you LOTS of luck this year!!

Just want to remind you that the huge sale on counted cross stitch sets will be over within 2 days!

It's your last chance to hunt for beautiful patterns, and get a free set for each purchased one. This way, you get HALF of your sets Free. Just avoid paying for your free sets. Email us your "Wish List" of free collections after completing your purchase, and enclose your order #

Here is a complete list of all sets that are now on sale -->

In case you use an embroidery machine to stitch your designs - please visit our sister site to find machine cross stitch & machine embroidery designs:
http://www.abc-embroidery-designs.com/

--------------------------------------------------------------------

Most Popular Counted Patterns - Take A Look:

Here are some of our most popular sets. These are project-oriented collections of roses, violets, strawberries, patterns for holidays and special occasions (like BIRTHDAY, for example).

The floral sets are all project oriented, great for home decor stuff and fashion accessories. The other patterns have been designed with embroidered greetings and gifts in mind. Imagine getting an embroidered card, made especially for you! Very pleasant

Click on pattern images to read more, and purchase

--------------------------------------------------------------------

Prepare to Valentine's Day!

Now it's a great opportunity to prepare for Valentine's day, and make some unique embroidered greetings and gifts for the ones you love, while saving HALF of the normal price!

Go to Valentine patterns page -->

--------------------------------------------------------------------

Free Project Ideas

Be sure to take a look at our beautiful projects. You may find them all in projects archive. Visit it now and lend some interesting ideas you could use for yourself.

Go to projects archive -->

--------------------------------------------------------------------

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012.net.il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Thursday, January 10, 2008 5:14 PM |
| **Subject:** | ME HTML: "1+1 free" sale on ALL design sets |

"1+1 FREE" Sale On ALL DESIGN SETS.
-------------------------------------------------------

2008 Embroidery Designs Grand Sale!

To celebrate the New Year, we launch a grand "1+1 FREE" sale on ALL embroidery design sets, in ALL categories. This includes fonts, regular designs, applique, cutwork, lace and machine cross stitch

The offer will last until 01.30.2008.

You may purchase as many sets as you want, and get multiple bonuses. Just be sure NOT to pay for your free sets. Order the paid ones via our shopping cart, and then email your "Wish List" of bonus sets, along with your name and order #.

You may browse all design sets by clicking on category icons below:

----------------------------------------------------------------------------------------

New in Supplies - Thread Nets

We've added a new type of embroidery supplies to make your life easier - thread nets. Thread nets are great to stop thread looping while you are embroidering, AND to stop thread from unwinding when it's not being used.

Thread nets are A MUST to use with metallic thread, because almost all brands of metallics have tendency to unravel, spring and loop when you're trying to stitch a design. To solve this issue, just wear a plastic thread net on your cone, and the thread will come out evenly

It's also nice to store all thread cones in nets, constantly, to avoid thread from unwinding. This way the thread stays where it should be, and when you want to embroider, it unwinds evenly and doesn't loop. Very convenient. You may get some thread nets here - they're available in 4 different size packs --->
----------------------------------------------------------------------------------------

NEW TIPS - Easy Trouble-Shooting in Machine embroidery

Everyone has some kind of embroidery issues from time to time - thread looping, thread breaks, fabric puckering and so on. That's why we've made a special trouble-shooting page, to help you out in hard times

Just look for the symptom you face, and try our list of solutions, one by one. We share some great tips & tricks there. Even if you're an experienced embroiderer, bookmark the page. Sometimes we all need a little "cheat" to fix a problem fast. Here's a link --->
----------------------------------------------------------------------------------------

# DESIGNS IN YOUR FAVORITE TECHNIQUES NOW ON SALE!

## Cross-Stitch Embroidery Design Sets

Machine cross stitch technique allows to create natural-looking, yet lightweight embroideries. If you'll try to make detailed, naturalistic designs in regular embroidery, they will be quite dense and heavy. With cross stitch it's the opposite.

That's why we've designed plenty of beautiful natural-looking flowers exactly in this technique. And they're all project-oriented. If you get one set of flowers, you can create a whole bunch of different but matching items with it.

You may find all cross-stitch sets here --->
------------------------------------------

## Free-Standing Lace Design Sets

If you love lace, or just want a way to make fast, festive in-hoop gifts, be sure to check our lace designs category.

Lace designs should be embroidered on water-soluble fabric, and when the fabric is dissolved in water, the embroidery stays and keep it's shape. Lace designs are very easy to embroider, once you know how, and have good supplies. They require water soluble backing, non-stretchy poly thread, and preferably pre-wound bobbins in matching color.

To see all lace design collections, click here ---->
------------------------------------------

## Cutwork Designs in Cutwork-Lace Technique

If you're not sure what cutwork is - it's a really special combination of embroidery and decorative cutting. Cutwork is often used on cotton lingerie and on expensive bed and table linens.

If done by hand, cutwork can be quite a complicated and time-eating technique. Fortunately, with properly digitized designs you may now make stunning cutwork in no time, without any special skills. Just be sure to read our tips, and get some water-soluble backing, poly thread, prewound bobbins and of course, cutwork designs.

You may find all cutwork design sets here --->
------------------------------------------

## Applique Embroidery Designs

Applique designs have a special country-style charm. Properly digitized appliques are almost entirely done by your embroidery machine - the technique can be handled by a 10 year-old. You may take a look at a few ready applique projects here.

It's also a great technique to embroider LARGE designs FAST, and save plenty of thread. Really nice for making quilts, huge cushions, stuff for kids etc. We offer plenty of applique stuff for spring and Easter as well, so be sure to check them out.

You may find all applique design sets here --->
------------------------------------------

REGULAR EMBROIDERY DESIGNS & EMBROIDERY FONTS ON SALE TOO!

Regular Fill Design Sets

There are plenty of regular
embroidery designs of flowers,
ethnic collections, designs
for holidays, for metallic thread etc

Click to read more & purchase --->

Machine Embroidery Fonts

Fonts are great to personalize
stuff, like birthday presents etc.
We carry over 50 collections for
initials, monograms & words.

Click to read more & purchase --->

**Polina Dolginov**

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Wednesday, March 05, 2008 12:05 AM |
| **Subject:** | eBay letter message |

New - 6 Instantly Downloadable Design Sets

-------------------------------------------------------------

Hello {name}!

Just wanted to let you know that there are 6 new sets of embroidery designs in our eBay store. They are all available for instant download immediately after payment. Just select the item you like, pay for it by PayPal, and it's yours at once. You may start stitching your new designs within 3 minutes

Have a great day!

## Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012.net.il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Friday, March 07, 2008 10:52 PM |
| **Subject:** | TEXT: new Victorian designs & M-size bobbins |

Dear friends, hello!

If you like antique-style embroideries from the Victorian era, today
is your day.

There is a new set of designs ready - it's in Victorian style, and includes
22 amazing shapes. Each of these patterns may either be used
separately, or combined together like lego to create huge compositions -
frames, borders and other ornaments.

It's a great collection for decorating tableware items, home decor stuff
and even clothes. Take a look at the designs here:

http://www .

Also, you may purchase this new collection within a COMBO pack that
features all 3 of our Victorian style sets - "Victorian Decor 1",
"Victorian Decor 2" and "Victorian Frames"

The combo saves you 30% of the price, and you get 51 designs at once!!!
Here's a link to "Victorian Combo" page:

http://www .

Since the new Victorian designs allow so much more options when
you combine them together, we've prepared a special page that shows
how to embroider designs exactly where you want them to be.
Naturally, we've used Victorian designs as an example in this tutorial:

http://www .

Also, there is some wonderful news for owners of commercial
embroidery machines

Finally, there are M-size prewound bobbins available. If you own
a commercial machine, you may immediately stop winding bobbins,
and get them ready, pre-wound for you.

Prewound bobbins can help you save plenty of time for your business.
Also, ready bobbins tend to work significantly better that ones that
your machine can wind, because they are wound tighter and better.
Each M-size bobbin includes amazing 274 yards of quality, long-fiber
poly thread. No "home made" bobbin can beat this!

The new M-size bobbins are available in 144-units pack HERE:

http://www .

Of course, if you own a home machine you're even better off, because home L-size bobbins are available in 24 different colors. You may see and get them via this page:

http://www

That's all for today  Hope you will like the new designs
Happy stitching!

P.S.

If you prefer to order by phone - you may call between 9AM to 5PM Eastern time to place your order immediately. Or, if you're calling at a different hour - just leave us a message, and we'll get back to you to write down your order. Our phone # is: 877-870-5286

Be sure to call for ordering ONLY. Technical support is available via email, by using this contact page:
http://www.abc-embroidery-designs.com/ContactUs/

Kindest Regards,
A.B.C. Team
-------------------------------------------------------------------
Visit us online for premium quality embroidery designs, alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

## Polina Dolginov

**From:** "Polina Dolginov" <polina80@012 net il>
**To:** <polina@fusemail.com>
**Sent:** Tuesday, March 18, 2008 12:34 AM
**Subject:** for eBay - Water Soluble Stabilizer Fabric

Water Soluble Stabilizer Fabric

You're bidding on a roll of top quality water soluble fabric-feel backing
The roll contains 100 yards of 10-inch wide stabilizer. You may cut exactly the piece you need, and thus the roll
will serve you much longer that pre-cut pieces.

This type of backing is the best choice for embroidering standalone lace designs and cutwork designs. It's also
great to use with organza, baby clothes or any other thin fabric, when you'd like to wash the stabilizer completely
when embroidery is finished.

This stabilizer dissolves easily in warm water, and is very user friendly. It doesn't stretch, and sits great in hoop,
without moving or slipping

**Polina Dolginov**

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Wednesday, March 19, 2008 12:10 AM |
| **Subject:** | TEXT #2: 1 day left to get stabilizers up to 50% off |

Dear friends, hello!

We just want to remind you that the huge sale on most popular embroidery backings will be over within 2 days!

The offer will end exactly on March 20, so hurry and get whatever you need. Below we list the exact backings that are on sale. They are all required to do basic embroidery on most popular types of fabric. So each should better be in your stash

Here is a complete list of stabilizers that are now on sale:

- Regular tear-away stabilizer (for stable & semi-stable fabrics)
- Cotton tear-away stabilizer 24" (for quilting & baby clothes)
- Cotton tear-away stabilizer 40" (for quilting & large projects)
- Fusible stabilizer (for patches & embroidery on fabric edges)

These three types of backings are all "must have" if you do embroidery. So do your shopping now, while the discount lasts:

http://www

P.S.
The super-wede (40") cotton tearaway backing is available only in limited quantity, because we've got just a few rolls left. So if you wait too long, it won't be there at all. At any price.

P.P.S
We carry many more useful embroidery backings for almost any imaginable project. This includes water soluble fabrics for lace, toppings for use with hairy fabrics, etc. You may see them all here:

http://www

Kindest Regards,
A.B.C. Team
-------------------------------------------------------------
Visit us online for premium quality embroidery designs, alphabets, embroidery thread & other related supplies!
http://www.abc-embroidery-designs.com

# Polina Dolginov

| | |
|---|---|
| **From:** | "Polina Dolginov" <polina80@012 net il> |
| **To:** | <polina@fusemail.com> |
| **Sent:** | Friday, March 21, 2008 10:11 PM |
| **Subject:** | your embroidery designs - eBay item # |

Dear , hello!
Thank you for purchasing item #  on eBay.

Below is a link page where you may download your designs:

http://www. .

In case the link is not interactive in your email client, you may
access the downloads page in two alternative ways:

1. Copy and paste it to your browser's address line and press "Enter".

2. Go to eBay com, log in to your account, navigate to "My eBay" --> "Won Items",
go to auction page of the item you won, and then click "View digital delivery information for this item"

In case of any questions, you may contact us at:
 .@ .

Kindest Regards,

 . .

----- Original Message -----
From: Anna Bove Collections, Inc
To: Polina Dolginov
Sent: Friday, March 21, 2008 12:30 PM
Subject: Polin, mne nyjen email

yjasno nyjen novii text dlya ebay email, dlya tex kto viigral auction s imidiat download,
no po kakim-libo prichinam ne ponimaet gde skachivat'. V email ya dam im link na page,
tipa etogo:
http://www.abc-embroidery-designs com/ebayorder/AllAboutViolets386gh html

Oni polychaut podobnii page srazy posle payment ili posle log in na ebay v "my ebay", "won"
Im nado zaiti v etot kyplennii item i click na "View digital delivery information for this item" -
pod "Get your digital item here" y nix est' link na download.

V email pls ob'yasni im eto, i napishi chto mi takje im posilaem link na page gde oni mogyt skachat' designs v
etom email.

Nadeus' normal'no ob'yasnila, esli chto - pishi.

Thanks
Ann

# Polina Dolginov

**From:** "Polina Dolginov" <polina80@012 net il>
**To:** <polina@fusemail.com>
**Sent:** Tuesday, March 25, 2008 4:04 AM
**Subject:** HTML: "1+1 free" sale on ALL embroidery fonts

"BUY 1 and GET 1 FREE" FONTS SALE - For 2 Weeks Only
--------------------------------------------------------------------

Celebrating Spring with "1+1 FREE" Fonts Sale

We've decided to launch a short "1+1" sale on all embroidery fonts.
You may shop for as many fonts as you want, and get multiple bonuses.
Just be sure NOT to pay for your free fonts. Order the paid ones
via our shopping cart, and then email your "Wish List" of bonus sets,
along with your name and order #.

You may browse all available fonts HERE --->

We'd also like to invite you to visit the free projects gallery, to see
many interesting projects with various fonts. You may borrow
a some great ideas for your own creations there.

Also, if you're not sure how to combine letters into monograms
or words, please take a look at "How to Deal with Machine Embroidery
Fonts" tutorial. It's completely free.

And, most important - there are 3 new gorgeous fonts ready, and
each of them participates into "1+1 FREE" sale mentioned above.
You may read about each of the new alphabets below.
--------------------------------------------------------------------

Curly Berries Font - this amazingly festive alphabet with berry vines will
compliment even most lucrative projects. It's great for towels, ladies
fashion accessories and even clothes. Just imagine a denim jacket
with these initials on it's pockets! The letters are for 4x4-inch hoop, all
26 capitals included.

Art Deco Font - this lovely font is in famous Art Deco style. It's fast to
embroider, and great for use on smooth fabrics. This alphabet is also
suitable for MEN! Each letter fits 4x4-inch hoops, and is available in 2
sizes. All 26 capitals are included.

Lafayette Cutwork Font - this elegant cutwork alpha is amazing for
guest towels, gift bags, home decor items from natural fibers and
fashion accessories. Each letter comes in two sizes, the smaller
sizes fits 4x4-inch hoops and the larger version requires 5x7-inch hoops.
All 26 capitals included.
--------------------------------------------------------------------

Water Soluble Fabric for Cutwork & Lace Designs

By visiting our Cutwork category, you may find many more fonts
and designs in this intriguing technique.

If you're not sure what cutwork is - it's an antique method of
embroidery, that involves cutting holes into embroidered fabric, to
create a beautiful translucent effect

Fortunately, now cutwork designs may be done on embroidery machine.
And when you have quality designs digitized especially for cutwork,

you can achieve absolutely fantastic results right away. If you can embroider a regular design, you can do fantastic cutwork because machine does almost everything for you.

Machine cutwork is done with the help of water soluble backing, which is used to allow your machine to stitch beautiful satin stitches around each hole. Then the backing is washed away, and you get your embroidery. (Detailed instruction is included with designs)

To shop for cutwork designs & fonts, visit THIS PAGE -->

To get some water soluble backing, GO HERE -->

-----------------------------------------------------------------------

Add Shine and Dimension to Your Projects with Metallic & Multicolor Thread

Metallic Thread Kits

To add some sparkle and festiveness to your projects, metallic thread may be by far the best choice. It's available in 15 amazing colors, and can turn even a simple design or letter into a piece of art.

See all metallic colors HERE -->

Variegated Thread Kits

Multicolor thread is a very powerful material. You may turn a one-color letter design, or monocolor flower into something absolutely fantastic, just by using multicolor thread. It can create amazing effects!

See all 40 multicolor thread variations HERE -->