## CERTIFICATE OF SERVICE

The following documents:

1. Counterclaimants' Responsive Memorandum of Law in Support of their Motion for a Preliminary Injunction;

2. Second Supplemental Declaration of Ana Bove in Support of Counterclaimants' Motion for a Preliminary Injunction; and

3. Supplemental Declaration of Polina Dolginov in Support of Counterclaimants' Motion for a Preliminary Injunction,

were delivered by hand this 7th day of October, 2008 upon attorneys for Plaintiff at the office of:

Val Mandel
80 Wall Street
Suite 1115
New York, NY 10005

_____
Ange Losco