PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

# LEVISOHN BERGER LLP

61 BROADWAY

NEW YORK, NEW YORK 10006

TEL: (212) 486-7272

FAX: (212) 486-0323

WEBSITE: WWW.LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

October 7, 2008

**VIA ECF & BY HAND**
Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Index No. CV 08 3367
Vadim Mikhlyn, et al. v. Ana Bove, et al.
Our file No. 1851.004

Dear Judge Sifton,

In response to Mr. Wertheim's letter of October 6, 2008 concerning the issue of the partnership, the only point supported by the cases submitted on September 25, 2008 was that when one partner leaves a partnership, there is an automatic dissolution of the partnership. Therefore, neither partner would have the authority to conduct the partnership business under exclusive control to the exclusion of the other.

In view of the above, we would think that the Mikhlyns' papers should be limited to that point only rather than permitting another whole set of documents broadly rearguing the basic partnership issues.

Thank you for your cooperation.

Respectfully submitted,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
cc: Eric Wertheim, Esq.
Val Mandel, P.C.
Attorneys for Plaintiffs

Mikhlyn et al v. Bove et al

H:\WLR2\1851\1851-JudgeSifton-10708.wpd

Dockets.Justia.com