LEVISOHN BERGER LLP
61 BROADWAY
NEW YORK, NEW YORK 10006

PETER L. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

October 8, 2008

**VIA ECF & FEDEX**
Judge Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Index No. CV 08 3367
              Vadim Mikhlyn, et al. v. Ana Bove, et al.
              Our file No. 1851.004

Dear Judge Sifton,

    We represent counterclaimant Bove in this matter

    According to my consented to letter to you of September 29, 2008, each party had until close of business yesterday to file any additional papers in this matter. We note we have received no papers from plaintiff concerning its representation that it wanted to serve supplemental papers addressing certain issues raised at the September 25, 2008 hearing.

    It is not our normal practice to object to adversaries filing additional papers, but we believed that yesterday, October 7, 2008, was the final date for all submissions prior to your considering each party's respective motion for a preliminary injunction.

Respectfully submitted,
LEVISOHN BERGER LLP

Peter L. Berger

PLB:wr
cc:   Eric Wertheim, Esq.
      Val Mandel, P.C.
      Attorneys for Plaintiffs

cc:   Boris Kogan