```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Vadim Mikhlyn, Inga Mikhlyn, and
ABC All Consulting, Inc.

                Plaintiffs,             08-CV-3367
                                        (CPS)(RER)

     - against -
                                        ORDER
Ana Bove, Polina Dolginov,
Anna Bove Company, LLC, Anna Bove
Collections, Inc., and Anna Bove
Embroidery Supplies, Inc.

                Defendants.

----------------------------------------X

Ana Bove, Anna Bove Company, LLC and
Anna Bove Embroidery Supplies, Inc.

                Counter-Plaintiffs

     - against -

Vadim Mikhlyn, Inga Mikhlyn, and
ABC All Consulting, Inc.

                Counter-Defendants

----------------------------------------X
```

SIFTON, Senior Judge.

   For the reasons and upon the findings of fact and conclusions of law set forth in this Court's memorandum opinion and order dated October 14, 2008, it is hereby:

   ORDERED that pending the trial of this matter, defendants are enjoined from:

   a.  alleging that plaintiffs' sales of designs from the ABC Sites are unlawful;

    b.    claiming exclusive ownership of and right to use the "ABC" and "Anna Bove" family of trademarks; and it is further

ORDERED that the continued effectiveness of this preliminary injunction is conditioned upon plaintiffs' posting of a bond in the amount of five thousand dollars ($5,000) for the payment of such costs and damages as may be incurred or suffered by defendants if they are found to have been wrongfully enjoined or restrained, on or before 4:30 p.m. on October 15, 2008.

The Clerk is directed to furnish a filed copy of the within to all parties.

    SO ORDERED.

Dated :    Brooklyn, New York
           October 14, 2008

           By: <u>/s/ Charles P. Sifton (electronically signed)</u>
               United States District Judge