## VAL MANDEL, P.C.

Val Mandel
Member of NY, NJ and DC Bars
e-mail:  vm@valmandelpc.net

Eric Wertheim
Member of NY and NJ Bars
e-mail:  ew@valmandelpc.net

Daniel Akselrod
Member of NY Bar
e-mail:  da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

October 15, 2008

*VIA ECF*
Honorable Charles P. Sifton
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:　**Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana Bove, Polina Dolginov, et al.
Docket No.: 08 CIV. 3367**

Dear Judge Sifton:

In connection with Your Honor's Order, dated October 14, 2008 and electronically filed today, we respectfully request an extension of the date for plaintiff to post a bond, in the amount of $5,000, from October 15, 2008 to October 20, 2008, on or before 4:30 p.m.

Respectfully submitted,

Eric Wertheim

EW/otl

So Ordered

cc:　Peter L. Berger, Esq. (via fax)

s/Hon. Charles P. Sifton

10/15/08 at 3:10 pm