# VAL MANDEL, P.C.

Val Mandel
Member of NY, NJ and DC Bars
e-mail:   vm@valmandelpc.net

Eric Wertheim
Member of NY and NJ Bars
e-mail:   ew@valmandelpc.net

Daniel Akselrod
Member of NY Bar
e-mail:   da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

November 18, 2008

*VIA ECF*
Honorable Ramon E. Reyes
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana Bove, Polina Dolginov, et al.
Docket No.: 08 CIV. 3367**

Dear Judge Reyes:

This firm represents the plaintiffs in the above referenced matter. The Initial Conference is scheduled in this mater for November 20, 2008. Because of a scheduling conflict, we respectfully request that this conference be either pushed back to the afternoon of the same day or rescheduled for another day by the Court.

No previous requests for adjournment have been made and defendants' counsel has consented to this request.

Respectfully submitted,

Eric Wertheim

EW/da
Encl.

cc:   Boris Kogan, Esq. (via fax)