UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

**Vadim Mikhlyn, et al**                                    **ORDER**
                                                    **08-CV- 3367 (CPS)(RER)**
                         Plaintiff,

          -against-

**Ana Bove, et al**
                         Defendant.
--------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1.    Defendants shall answer or otherwise move with respect to the complaint by
      ____X____.

2.    No additional parties may be joined after _12/18/08_.

3.    No amendment of the pleadings will be permitted after _2/18/09_.

4.    Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal
      Rules of Civil Procedure, if not yet made: _12/18/08_

5.    The parties shall make required Rule 26(a)(2) disclosures with respect to:

      (a)    expert witnesses on or before _2/18/09_.

      (b)    rebuttal expert witnesses on or before _3/18/09_.

6.    All discovery, including depositions of experts, shall be completed on or before
      _5/18/09_ (Generally, this date must be no later than 6 months after the
      initial conference).

7.    Pre-motion letters regarding proposed dispositive motions must be submitted within
      two (2) weeks following the close of all discovery.

8.    A Telephone Conference set for __1/16/09 @ 11:30am__, to be initiated by
      Plaintiff or Defendant  (Circle one).
                  * (The Court will schedule the conference listed above.)

9.    Status Conference will be held on _3/19/09 @ 11:30am_
                  * (The Court will schedule the conference listed above)

10.    A Final Pre-trial conference will be held on ___5/20/09 @ 10:30 am___
       *(The Court will schedule the conference listed above.)

11.    This scheduling order may be altered or amended upon a showing of good cause not
       foreseeable at the date hereof.

**Dated: Brooklyn, New York**
       ___11/19___ , 2009

So Ordered: Dated 11/20/2008

/s/ _____

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

_____
NAME
Attorney for Plaintiff
ADDRESS
E-mail: ew@valmanbelpc.net
Tel.: 212 668 1700
Fax: 212 668 1701

_____
NAME
Attorney for Defendant
ADDRESS
E-mail: bk@borskogan.com
Tel.: 212-625-8910
Fax: 212-219-2728