```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
VADIM MIKHLYN, INGA MIKHLYN, and
ABC ALL CONSULTING, INC.

                              Plaintiffs,     Index No. CV 08 3367

         - against -

ANA BOVE, POLINA DOLGINOV,
ANNA BOVE COMPANY, LLC,
ANNA BOVE COLLECTIONS, INC., and
ANNA BOVE EMBROIDERY SUPPLIES, INC.,

                              Defendants.
-------------------------------------X
```

   Boris Kogan of Boris Kogan & Associates , 277 Broadway, Suite 701, New York, New York 10007 hereby enters his appearance in this action as counsel for Defendants ANA BOVE, POLINA DOLGINOV, ANNA BOVE COMPANY, LLC, ANNA BOVE COLLECTIONS, INC., and ANNA BOVE EMBROIDERY SUPPLIES, INC.

                                        Boris Kogan & Associates, P.C.

                              By: /s/ Boris Kogan
                                    Boris Kogan, Esq.(BK-9135)
                                    277 Broadway, Suite 701
                                    New York, NY 10007
                                    Tel:(212) 625-8910
                                    Fax:(212) 219-2728
                                    Email: bkoganesq@aol.com

                                    Attorneys for Defendants
                                    ANA BOVE, POLINA DOLGINOV,
                                    ANNA BOVE COMPANY, LLC,
                                    ANNA BOVE COLLECTIONS, INC.,
                                    ANNA BOVE EMBROIDERY SUPPLIES,
                                    INC.

Dated: New York, New York
       November 25, 2008