# VAL MANDEL, P.C.

Val Mandel
Member of NY, NJ and DC Bars
e-mail:   vm@valmandelpc.net

Eric Wertheim
Member of NY and NJ Bars
e-mail:   ew@valmandelpc.net

Daniel Akselrod
Member of NY Bar
e-mail:   da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

December 5, 2008

*VIA ECF*
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana
Bove, Polina Dolginov, et al.
Docket No.: 08 CIV. 3367**

Dear Judge Reyes:

On behalf of all parties, we are writing to report the outcome of the discussions
among counsel about subjects Your Honor directed us to confer about at the
conference on November 20, 2008:

1. Mediation

The parties have agreed to participate in mediation and to select a mediator
from the Court's panel.  We are in the process of reviewing the list of mediators
and will attempt to jointly select a mediator for our case.  The parties do not
want to suspend or delay discovery pending mediation.

2. Electronic Disclosure

The parties agree to preserve all data.  The parties will exchange information
about their respective internet service providers, email providers and the
description of file types, data formats, and where and how electronic
their data is stored.

Dockets.Justia.com

3. Settlement Negotiations

The parties discussed the possibility of settlement and hope to continue such discussions. Plaintiffs requested that defendants provide a counteroffer in writing to their last written offer.

4. Ebay Store

The parties could not agree on resolution of the eBay issue. Plaintiffs agreed to provide documentation of their position.

5. Misc.

Defendant Polina Dolginov is a foreign resident, and has no current Visa to the US. The parties will consider alternatives to avoid the expense of travel, such as video teleconferencing. The parties also agreed to consider arranging for the production of relevant documents under the control of outside accountants to avoid the need for subpoenas.

Respectfully submitted,

Daniel Akselrod

DA/st

cc:   Peter L. Berger, Esq. (via fax)
      Boris Kogan, Esq. (via fax)