# BORIS KOGAN & ASSOCIATES
## ATTORNEYS AND COUNSELORS AT LAW

**277 BROADWAY, SUITE 701**
**NEW YORK, NY 10007**
TEL: **(212) 625-8910**
FAX: **(212) 219-2728**
WWW.BORISKOGAN.COM
EMAIL: BK@BORISKOGAN.COM

January 15, 2009

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Mikhlyn, et al. v. Bove, et al.**
**Case No. 1:08-cv-3367**

Honorable Judge Reyes:

This firm represents the Defendants in the above referenced action. I respectfully request that the telephone conference scheduled for January 16, 2009 at 11:30 a.m. be adjourned to January 27, 2009 at 11:30 a.m. because Mr. Kogan is out of the office through January 25, 2009. Plaintiffs' counsel has consented to this request.

Thank you in advance for your consideration in this matter.

Very truly yours,

/s/ David Binson
David Binson (DB-4602)

DB:zk