```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
Vadim Mikhlyn, Inga Mikhlyn, and         :
ABC All Consulting, Inc.                 :
                                         :
                      Plaintiffs         :
                                         :
         -against-                       :   08 CV. 03367(CPS)
                                         :
                                         :
Ana Bove, Polina Dolginov                :   NOTICE OF APPEARANCE
Anna Bove Company, LLC,                  :
Anna Bove Collections, Inc.              :
and Anna Bove Embroidery Supplies, Inc.  :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

Eric Wertheim, Esq. of Val Mandel, P.C., 80 Wall Street, Suite 1115, New York, NY 10005, hereby enters his appearance in this matter as counsel for Plaintiffs VADIM MIKHLYN, INGA MIKHLYN, and ABC ALL CONSULTING, INC.

Dated:  New York, New York
        January 27, 2009

VAL MANDEL, P.C.
*Attorneys for Plaintiffs*
80 Wall Street, Suite 1115
New York, NY 10005
Tel: (212) 668-1700
Fax: (212) 668-1701
E-Mail: ew@valmandelpc.net

By: _____
    Eric Wertheim (EW-3049)