# VAL MANDEL, P.C.

**Val Mandel**
Member of NY, NJ and DC Bars
e-mail:   vm@valmandelpc.net

**Eric Wertheim**
Member of NY and NJ Bars
e-mail:   ew@valmandelpc.net

**Daniel Akselrod**
Member of NY Bar
e-mail:   da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

May 14, 2009

*VIA ECF*
Honorable Ramon E. Reyes
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana Bove, Polina Dolginov, et al.**
       **Docket No.: 08 CIV. 3367**

Dear Judge Reyes:

We represent the Plaintiffs in this action.

We will further address the discovery issues raised in the parties' recent letters in the manner and time directed by the Court.

Respectfully submitted,

Eric Wertheim

EW/da

cc:   Boris Kogan, Esq. (via fax)
      Peter L. Berger, Esq. (via fax)