# BORIS KOGAN & ASSOCIATES
### ATTORNEYS AND COUNSELORS AT LAW

**277 BROADWAY, SUITE 701**
**NEW YORK, NY 10007**
**TEL: (212) 625-8910**
**FAX: (212) 219-2728**
**WWW.BORISKOGAN.COM**
**EMAIL: BK@BORISKOGAN.COM**

June 2, 2009

**Sent Via Facsimile To: (718) 613-2125**
**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:  Mikhlyn, et al. v. Bove, et al.**
         **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    This firm represents the Defendants in the above referenced action.  I respectfully request that the pre-trial conference scheduled for June 3, 2009 at 10:00 a.m. be adjourned to June 18, 2009 at 10:00 a.m. because Mr. Kogan must attend to a family emergency.  Plaintiffs' counsel has consented to this request.

    Thank you in advance for your consideration in this matter.

               Very truly yours,

               /s/ David Binson
               David Binson (DB-4602)

DB:zk