# CIVIL MINUTE ENTRY

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

CIVIL CAUSE FOR: **Final PTC**_____

DKT NUMBER: **08 Civ. 3367 (CPS)**_____

CASE: **Mikhlyn et al v. Bove et al**___

BEFORE JUDGE: **Ramon E. Reyes, Jr.** DATE: ~~6/3/09~~ 6/8/09 TIME:**10:00 AM**

IN COURT: ____HRS____MINS

**APPEARANCES**:

FOR PLAINTIFF: **Val Mandel, Esq.**_____ **(212) 668-1700**

FOR DEFENDANT: **Boris Kogan, Esq. (BOVE)** **(212) 625-8910**
**Jonathan Todd Berger, Esq.** **(212) 486-7272**

**COURT REPORTER: OR ESR OPERATOR**_____ **TAPE LOG**_____

**INTERPRETER:**_____ **LANGUAGE:**_____

**Select the Type of Hearing or Trial:**

**Docs. [71], [72] and [73] attached.**_____

_____
_____
_____
_____

**RULING:**

— Discussions held
— Discovery rulings on record for [71] [72] and [73]
— Parties to purchase transcript
— Δ to submit letter brief (no more than 5 pages) on post-2008 financial records by 6/26; π to respond by 7/3
— Further schedule as follows:
  - status conf. **9/9/09** @ 2:00pm
  - final PTC 12/22/09 @ 10:00am
— Joint discovery report due on 8/28/09
— Joint status report on settlement out. due 7/3