# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

**277 BROADWAY, SUITE 701**
**NEW YORK, NY 10007**
**TEL: (212) 625-8910**
**FAX: (212) 219-2728**

July 2, 2009

**Sent Via ECF To:**

Magistrate Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: Mikhlyn, et al. v. Bove, et al.**
        **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    This firm represents the Defendants in the above referenced action. Pursuant to the Court's instruction that the parties report on the status of settlement and after discussing same with Plaintiffs' counsel, the parties hereby jointly inform the Court that they will consider a settlement conference at a later time after further discovery is exchanged.

                                    Very truly yours,

                                    /s/ Boris Kogan
                                    Boris Kogan (BK-9135)

BK:db

cc: Eric Wertheim, Esq. (Via Facsimile)