## **VAL MANDEL, P.C.**

**Val Mandel**
Member of NY, NJ and DC Bars
e-mail:   vm@valmandelpc.net

**Eric Wertheim**
Member of NY and NJ Bars
e-mail:   ew@valmandelpc.net

**Daniel Akselrod**
Member of NY Bar
e-mail:   da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

August 11, 2009

*VIA ECF*
Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana Bove, Polina Dolginov, et al.**
**Docket No.: 08 CIV. 3367**

Dear Judge Reyes:

We represent the Plaintiffs in this action.

Reluctantly, we must again request the Court's assistance because of defendants' failure to communicate with us about discovery, as the Court specifically directed them to do at the last conference, and to meet their long overdue discovery obligations.

As can be seen from the enclosed letter, dated August 7, 2009, defendants even ignored our invitation to write a joint letter to Your Honor disclosing our discovery impasse.

Respectfully submitted,

*EW*
Eric Wertheim

EW/da
Encl.

cc:   Boris Kogan, Esq. (via fax)