# BORIS KOGAN & ASSOCIATES
## ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY, SUITE 701
NEW YORK, NY 10007
TEL: (212) 625-8910
FAX: (212) 219-2728

September 11, 2009

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: Mikhlyn, et al. v. Bove, et al.**
         **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    This firm represents the Defendants in the above referenced action and I submit this letter to request clarification regarding of a discovery deadline set during the September 9, 2009 conference.

    Earlier in the conference, Your Honor had stated that Defendants' Response to Plaintiffs' Second Demand for Documents would be due on Wednesday September 16, 2000. Subsequently, Your Honor revised all the deadlines and stated that the deadline for all documents to be produced on Wednesday September 30, 2009.

    My understanding was that the latter deadline controls. I respectfully request the Court's guidance in this matter.

                             Very truly yours,

                             /s/ Boris Kogan
                             Boris Kogan (BK-9135)

BK:ya
cc: Eric Wertheim, Esq.