## VAL MANDEL, P.C.

Val Mandel
Member of NY, NJ and DC Bars
e-mail:  vm@valmandelpc.net

Eric Wertheim
Member of NY and NJ Bars
e-mail:  ew@valmandelpc.net

Daniel Akselrod
Member of NY Bar
e-mail:  da@valmandelpc.net

80 Wall Street, Suite 1115
New York, NY 10005
(212) 668-1700
Fax (212) 668-1701

September 16, 2009

*VIA ECF*
Honorable Ramon E. Reyes
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Vadim Mikhlyn, Inga Mikhlyn and ABC All Consulting, Inc. v. Ana Bove, Polina Dolginov, et al.**
**Docket No.: 08 CIV. 3367**

Dear Judge Reyes:

We represent the Plaintiffs in this action. Pursuant to the Court's order of September 9, 2009, enclosed please find two subpoenas we are asking Your Honor to so order.

Respectfully submitted,

*EW*

Eric Wertheim

EW/da

cc:   Boris Kogan, Esq. (via fax)
      Peter L. Berger, Esq. (via fax)