# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY, SUITE 701
NEW YORK, NY 10007
TEL: (212) 625-8910
FAX: (212) 219-2728

September 16, 2009

**Sent Via Hand Delivery To:**

Magistrate Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  **Mikhlyn, et al. v. Bove, et al.**
          **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    Pursuant to Your Honor's instruction at the September 9 conference, presented herewith are subpoenas to be "So Ordered". The parties have agreed to make the subpoenas for Plaintiffs' emails and chat records returnable on October 15 at the Courthouse.

                                          Very truly yours,

                                          /s/ Boris Kogan
                                          Boris Kogan (BK-9135)

BK:ya

cc:  Eric Wertheim, Esq. (Via Facsimile)