UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
VADIM MIKHLYN, INGA MIKHLYN, and
ABC ALL CONSULTING, INC.                           **Case No. CV 08 3367**

                       Plaintiffs,

           - against -                          **SUBPOENA DUCES TECUM**

ANA BOVE, POLINA DOLGINOV,
ANNA BOVE COMPANY, LLC,
ANNA BOVE COLLECTIONS, INC., and
ANNA BOVE EMBROIDERY SUPPLIES, INC.,

                       Defendants.
------------------------------------X
ANA BOVE, ANNA BOVE COMPANY, LLC,
and ANNA BOVE EMBROIDERY SUPPLIES,
INC.,

                 Counter-Plaintiffs,

           - against -

VADIM MIKHLYN, INGA MIKHLYN, and
ABC ALL CONSULTING, INC.,

                 Counter-Defendants.
------------------------------------X


TO:  Google, Inc.
     Attn: Legal Department
     1600 Amphitheatre Pkwy
     Mountain View, CA 94043

     YOU ARE COMMANDED, to produce and permit inspection and

copying of the following documents or objects at the place, date

and time specified below:

                            <u>DOCUMENTS</u>

1.   Any and all emails or internet chats in connection with the

     subscriber of the email addresses abc.portal@gmail.com and

vmikhlyn@gmail.com.

2.    Any and all emails or internet chats in connection with the

      following names:

      Full Name:      VADIM MIKHLYN

      Address:        2536 Harway Ave
                      Brooklyn, New York 11214

      Full Name:      VADIM MIKHLYN
      Address:        6801 19th Ave, Suite #4P
                      Brooklyn, New York 11204

      Full Name:      INGA MIKHLYN
      Address:        2536 Harway Ave
                      Brooklyn, New York 11214

      Full Name:      INGA MIKHLYN
      Address:        6801 19th Ave, Suite #4P
                      Brooklyn, New York 11204

      Full Name:      ABC ALL CONSULTING, INC.
      Address:        2536 Harway Ave
                      Brooklyn, New York 11214

      Full Name:      ABC ALL CONSULTING, INC.
      Address:        6801 19th Ave, Suite #4P
                      Brooklyn, New York 11204
      Tax ID No:      13-4282767

from January 1, 2002 through the date of your response, at your

institution.

PLACE:     U. S. District Court
           Eastern District of New York
           225 Cadman Plaza East, Room 118 South
           Brooklyn, New York 11201


DATE AND TIME:      10:00am on October 15, 2009


Dated: Brooklyn, New York
       September ____, 2009

                              _____
                              Ramon E. Reyes, Jr
                              United States Magistrate Judge
                              United States District Court
                              225 Cadman Plaza East
                              Brooklyn, NY 11201

## I. INSTRUCTIONS

a)    In responding to this subpoena duces tecum, please furnish all documents in your possession, custody or control, regardless of where they may be located.

b)    To the extent that this request calls for what you believe to be documents subject to a claim of privilege, attorney work product, or material prepared for litigation, please provide a privilege log.

c)    Unless otherwise specified, the documents sought by this request are all those that were created or came into your possession, custody or control for the period of 2002 through the present.

## II. DEFINITIONS

1.    As used herein the terms "document" and "documents" mean any and all tangible things, whether handwritten, typed, printed, e-mailed, recorded, filmed, photostated, copied or reproduced in any way. The term "documents" shall also include any draft or version of a document and all copies which are not identical to the original; all modifications or additions to any document, whether or not such copies or drafts are specifically mentioned in particular requests; and any material recorded on verbal, graphic, computer, electronic, telecommunicative, or magnetic form, and any other form capable of being read, heard or otherwise understood.

2.    The terms "you" and "your" means belonging to Google, Inc., its affiliates, agents, servants, principals, partners, associates, employees, corporate officers, attorneys, representatives, investigators, experts, or consultants employed, retained or hired by or on their behalf, and all others who have acted, purported to act, or obtained information for or on their behalf.

3.    The term "relating to" means referring to, concerning, describing, evidencing, or constituting.

4.    The singular shall include the plural and the plural shall include the singular.

5.    The words "and" and "or" shall be construed conjunctively to mean "and/or.". The word "any" shall be construed to mean "any and all" where the effect of such construction is to broaden the scope of the document request in question.

6.    The term "including" shall not be construed to limit the scope

of any document request; rather, it shall be construed as meaning "including, without limitation."

7.   The term "person(s)" includes any natural person or any business, legal or governmental entity or association, and any subdivisions, instrumentalities and agencies thereof.