# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY, SUITE 701
NEW YORK, NY 10007
TEL: (212) 625-8910
FAX: (212) 219-2728
WWW.BORISKOGAN.COM
EMAIL: BK@BORISKOGAN.COM

November 10, 2009

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: Mikhlyn, et al. v. Bove, et al.**
         **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    The parties jointly agree to the following deposition schedule with the understanding that: (a) each side preserves its right under Rule 30 to seek additional days of deposition with respect to any witness if the witness' deposition is not completed in the scheduled time, (b) with respect to the depositions of Vadim and Inga Mikhlyn, plaintiffs will consent to a second day of either or both depositions if defendants request it; and (c) the parties will negotiate any issues about the length and scheduling of depositions in good faith before seeking Court intervention:

Monday, November 23, 2009  Ana Bove

Tuesday, November 24, 2009  Ana Bove

Wednesday, November 25, 2009 - Representative from Accounting and Tax Services

Tuesday, December 1, 2009  Inga Mikhlyn

Monday, December 7, 2009  Zinaida Bolyachevski

Wednesday, December 9, 2009  Vadim Mikhlyn

Thursday, December 10, 2009  Alex Sakirski

Wednesday, December 16, 2009  Polina Dolginov (the parties

stipulate that this deposition will last beyond the seven hour limit of Rule 30(d) and will continue for half a day on Thursday, December 17, 2009. In the event that more time is needed to complete the deposition thereafter, it shall be done remotely.)

                                                Very truly yours,

                                                /s/ Boris Kogan
                                                Boris Kogan (BK-9135)

BK:ya