# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY, SUITE 701
NEW YORK, NY 10007
TEL: (212) 625-8910
FAX: (212) 219-2728

December 21, 2009

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:  Mikhlyn, et al. v. Bove, et al.
        Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    This firm represents the Defendants in the above referenced action and I submit this letter jointly with Plaintiffs' counsel requesting that the conference scheduled for Tuesday, December 22 be an informal, off the record meeting in the Judge's chambers.

    Since the November 2, 2009 conference, counsel for both sides have been working together, and feel that an informal conference would be more conducive to the resolution of those issues that remain and require the court's guidance.

                                            Very truly yours,

                                           /s/ Boris Kogan
                                           Boris Kogan (BK-9135)

BK:ya
cc: Eric Wertheim, Esq.