# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

277 BROADWAY, SUITE 701
NEW YORK, NY 10007
TEL: (212) 625-8910
FAX: (212) 219-2728
WWW.BORISKOGAN.COM
EMAIL: BK@BORISKOGAN.COM

January 21, 2010

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:  Mikhlyn, et al. v. Bove, et al.
         Case No. 1:08-cv-3367**

Honorable Sir:

    This firm represents the Defendants in the above referenced action.  In expectation of the conclusion of discovery on January 29, 2010, a schedule for the final depositions of the parties had been finalized.  The parties also have some outstanding document discovery which we have been cooperating to conclude.

    However, both I and David Binson, Esq., my associate who has been assisting me in this case, have been out of the office extensively for medical reasons.  I am of course prepared to document the limitations on me and on Mr. Binson.  Since the outstanding depositions are continuations of several days of deposition of the respective parties, it is practically impossible to assign the conclusion of the deposition to other counsel.

    In light of the foregoing it is respectfully requested that the discovery deadline be extended to Friday, March 5, 2010.

    Thank you in advance for your consideration in this matter.

                               Very truly yours,

                               /s/ Boris Kogan
                             Boris Kogan (BK-9135)

BK:ya
cc: Eric Wertheim, Esq.