**LEVISOHN BERGER LLP**

11 BROADWAY, SUITE 615
NEW YORK, NEW YORK 10004

PETER I. BERGER
JANE B. LINOWITZ
JONATHAN BERGER
TUVIA ROTBERG

DAVID COWAN
TECHNICAL CONSULTANT

TEL: (212) 486-7272
FAX: (212) 486-0323
WEBSITE: WWW.LLBL.COM

PATENTS,
TRADEMARKS
AND COPYRIGHTS

E-MAIL TO ATTORNEY:
FIRST INITIAL AND
LAST NAME OF
ATTORNEY@LLBL.COM

January 22, 2010

The Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Mikhlyn v. Ana Bove et al, 08-CIV-3367

Dear Judge Reyes,

This letter is being filed in response to Plaintiff's letter dated January 22, 2010

Mr. Akselrod indicated that Levisohn Berger LLP was more than capable of completing the depositions. Mr. Akselrod misrepresented the representation of Levisohn Berger LLP in this matter. It has been established with Val Mandel PC and Boris Kogan's office, to which all have agreed, during the inception of this case that we would only handle the intellectual property component of the matter.

As of today, we have had very little involvement in the other components of the case. It appears based on the respective letters from Mr. Kogan and Mr. Akselrod that there remains outstanding discovery disputes. However, Mr. Wertheim indicated at the last court conference before this court that there were no outstanding obligations from Levisohn Berger LLP regarding the intellectual property component of the case. This indicates that we have been extremely cooperative with both Boris Kogan's office and Val Mandel PC. Because we have had minimal exposure to the other components of the case, we cannot represent the defendants in the other components of the matter.

Thank you for your consideration. If there is anything that the Court wishes for us to do, please let us know

Yours truly,

Jonathan Berger

Cc:  Boris Kogan, Esq.
     Eric Wertheim, Daniel Akselrod, Esq.