# BORIS KOGAN & ASSOCIATES
### ATTORNEYS AND COUNSELORS AT LAW

**277 BROADWAY, SUITE 701**
**NEW YORK, NY 10007**
**TEL: (212) 625-8910**
**FAX: (212) 219-2728**

March 5, 2010

**Sent Via ECF To:**

Honorable Judge Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: Mikhlyn, et al. v. Bove, et al.**
        **Case No. 1:08-cv-3367**

Honorable Judge Reyes:

    I write this letter in lieu of a joint letter by the parties regarding the status of discovery in this matter, which was to be submitted pursuant to Your Honor's instructions during a telephone conference held on January 26, 2010.

    The deposition of non-party witness Eugene Sakirski was conducted on March 1, 2010.

    Otherwise, the status of discovery between the parties remains unchanged due to my medical condition and the fact that Mr. Abeshouse, who was the law clerk handling the discovery at Boris Kogan & Associates has left the firm in January. Defendants request a 60 day extension of the discovery cutoff date. Plaintiffs have advised me that they strenuously object to the request and that they object to the language of a joint letter substantially in this form, and that they will file a separate letter.

                                     Very truly yours,

                                     /s/ Boris Kogan
                                     Boris Kogan (BK-9135)

BK:ya